# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: COOK MEDICAL, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2440

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −1)

On June 11, 2013, the Panel transferred 8 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* ___F.Supp.2d___ (J.P.M.L. 2013). Since that time, no additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of June 11, 2013, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jun 25, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: COOK MEDICAL, INC., PELVIC REPAIR**
**SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2440

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA EASTERN | | | |
| CAE | 1 | 13−00786 | Fricke et al v. Cook, Inc. et al |
| FLORIDA MIDDLE | | | |
| FLM | 6 | 13−00535 | Davis v. Cook Group, Inc. et al |
| FLORIDA NORTHERN | | | |
| FLN | 3 | 13−00123 | MONTFORD v. COOK GROUP INC et al |
| GEORGIA NORTHERN | | | |
| GAN | 1 | 13−01181 | Schrembeck v. Cook Group, Inc. et al |
| GAN | 1 | 13−01614 | Burroughs v. Cook Group, Inc. et al |
| INDIANA SOUTHERN | | | |
| INS | 1 | 13−00907 | BARTLETT et al v. COOK BIOTECH, INC et al |
| KANSAS | | | |
| KS | 5 | 13−04054 | Ainsworth vs. Cook Group, Inc. et al |
| MISSISSIPPI NORTHERN | | | |
| MSN | 3 | 13−00138 | Dyson v. Cook, Inc. et al |
| MSN | 3 | 13−00139 | Barrett v. Cook, Inc. et al |
| MISSOURI WESTERN | | | |
| MOW | 4 | 13−00157 | Durham v. Cook Group, Inc. et al |
| MOW | 4 | 13−00158 | Lynch et al v. Cook Group, Inc. et al |
| MOW | 4 | 13−00419 | Brown v. Cook Group, Incorporated et al |
| MOW | 4 | 13−00529 | Walker v. Cook Group, Incorporated et al |

PENNSYLVANIA EASTERN

   PAE     2     13−01683     CAMAC v. COOK GROUP, INC. et al

TENNESSEE EASTERN

   TNE     1     13−00120     Ward v. Cook Group, Inc. et al

TEXAS SOUTHERN

   TXS     4     13−01506     Trujillo v. Cook Group, Inc. et al
   TXS     4     13−01508     May v. Cook Group, Inc. et al

Activity in Case MDL No. 2440 IN RE: Cook Medical, Inc., Pelvic Repair System Products Liability
Litigation CTO Final Minute Order (Clerks)
JPMLCMECF
to:
JPMLCMDECF
06/25/2013 08:02 AM
Show Details

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to
this e-mail because the mail box is unattended.

## United States

## United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 6/25/2013 at 8:00 AM EDT and filed on 6/25/2013
**Case Name:**       IN RE: Cook Medical, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**     MDL No. 2440
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-180)
Finalized on 6/25/13. Please see pleading (5 in CAE/1:13-cv-00786, 8 in FLM/6:13-cv-
00535, 10 in FLN/3:13-cv-00123, 8 in GAN/1:13-cv-01181, 4 in GAN/1:13-cv-01614, 4 in
INS/1:13-cv-00907, 4 in KS/5:13-cv-04054, [48] in MDL No. 2440, 4 in MOW/4:13-cv-00157,
4 in MOW/4:13-cv-00158, 8 in MOW/4:13-cv-00419, 4 in MOW/4:13-cv-00529, 5 in
MSN/3:13-cv-00138, 5 in MSN/3:13-cv-00139, 8 in PAE/2:13-cv-01683, 4 in TNE/1:13-cv-
00120, 4 in TXS/4:13-cv-01506, 4 in TXS/4:13-cv-01508).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party
an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia for
filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk
transmit a certified copy of the Panel order to transfer to the clerk of the district court
from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/25/2013.

Associated Cases: MDL No. 2440, CAE/1:13-cv-00786, FLM/6:13-cv-00535, FLN/3:13-cv-
00123, GAN/1:13-cv-01181, GAN/1:13-cv-01614, INS/1:13-cv-00907, KS/5:13-cv-04054,
MOW/4:13-cv-00157, MOW/4:13-cv-00158, MOW/4:13-cv-00419, MOW/4:13-cv-00529,
MSN/3:13-cv-00138, MSN/3:13-cv-00139, PAE/2:13-cv-01683, TNE/1:13-cv-00120,

**TXS/4:13-cv-01506, TXS/4:13-cv-01508 (DP)**

**Case Name:**        Brown v. Cook Group, Incorporated et al
**Case Number:**    MOW/4:13-cv-00419
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-180)
Finalized on 6/25/13. Please see pleading (5 in CAE/1:13-cv-00786, 8 in FLM/6:13-cv-
00535, 10 in FLN/3:13-cv-00123, 8 in GAN/1:13-cv-01181, 4 in GAN/1:13-cv-01614, 4 in
INS/1:13-cv-00907, 4 in KS/5:13-cv-04054, [48] in MDL No. 2440, 4 in MOW/4:13-cv-00157,
4 in MOW/4:13-cv-00158, 8 in MOW/4:13-cv-00419, 4 in MOW/4:13-cv-00529, 5 in
MSN/3:13-cv-00138, 5 in MSN/3:13-cv-00139, 8 in PAE/2:13-cv-01683, 4 in TNE/1:13-cv-
00120, 4 in TXS/4:13-cv-01506, 4 in TXS/4:13-cv-01508).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party
an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia for
filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk
transmit a certified copy of the Panel order to transfer to the clerk of the district court
from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/25/2013.**

**Associated Cases: MDL No. 2440, CAE/1:13-cv-00786, FLM/6:13-cv-00535, FLN/3:13-cv-
00123, GAN/1:13-cv-01181, GAN/1:13-cv-01614, INS/1:13-cv-00907, KS/5:13-cv-04054,
MOW/4:13-cv-00157, MOW/4:13-cv-00158, MOW/4:13-cv-00419, MOW/4:13-cv-00529,
MSN/3:13-cv-00138, MSN/3:13-cv-00139, PAE/2:13-cv-01683, TNE/1:13-cv-00120,
TXS/4:13-cv-01506, TXS/4:13-cv-01508 (DP)**

**Case Name:**        Durham v. Cook Group, Inc. et al
**Case Number:**    MOW/4:13-cv-00157
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-180)
Finalized on 6/25/13. Please see pleading (5 in CAE/1:13-cv-00786, 8 in FLM/6:13-cv-
00535, 10 in FLN/3:13-cv-00123, 8 in GAN/1:13-cv-01181, 4 in GAN/1:13-cv-01614, 4 in
INS/1:13-cv-00907, 4 in KS/5:13-cv-04054, [48] in MDL No. 2440, 4 in MOW/4:13-cv-00157,
4 in MOW/4:13-cv-00158, 8 in MOW/4:13-cv-00419, 4 in MOW/4:13-cv-00529, 5 in**

MSN/3:13-cv-00138, 5 in MSN/3:13-cv-00139, 8 in PAE/2:13-cv-01683, 4 in TNE/1:13-cv-00120, 4 in TXS/4:13-cv-01506, 4 in TXS/4:13-cv-01508).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/25/2013.

Associated Cases: MDL No. 2440, CAE/1:13-cv-00786, FLM/6:13-cv-00535, FLN/3:13-cv-00123, GAN/1:13-cv-01181, GAN/1:13-cv-01614, INS/1:13-cv-00907, KS/5:13-cv-04054, MOW/4:13-cv-00157, MOW/4:13-cv-00158, MOW/4:13-cv-00419, MOW/4:13-cv-00529, MSN/3:13-cv-00138, MSN/3:13-cv-00139, PAE/2:13-cv-01683, TNE/1:13-cv-00120, TXS/4:13-cv-01506, TXS/4:13-cv-01508 (DP)

| | |
|---|---|
| **Case Name:** | BARTLETT et al v. COOK BIOTECH, INC et al |
| **Case Number:** | INS/1:13-cv-00907 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-180) Finalized on 6/25/13. Please see pleading (5 in CAE/1:13-cv-00786, 8 in FLM/6:13-cv-00535, 10 in FLN/3:13-cv-00123, 8 in GAN/1:13-cv-01181, 4 in GAN/1:13-cv-01614, 4 in INS/1:13-cv-00907, 4 in KS/5:13-cv-04054, [48] in MDL No. 2440, 4 in MOW/4:13-cv-00157, 4 in MOW/4:13-cv-00158, 8 in MOW/4:13-cv-00419, 4 in MOW/4:13-cv-00529, 5 in MSN/3:13-cv-00138, 5 in MSN/3:13-cv-00139, 8 in PAE/2:13-cv-01683, 4 in TNE/1:13-cv-00120, 4 in TXS/4:13-cv-01506, 4 in TXS/4:13-cv-01508).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/25/2013.

Associated Cases: MDL No. 2440, CAE/1:13-cv-00786, FLM/6:13-cv-00535, FLN/3:13-cv-

00123, GAN/1:13-cv-01181, GAN/1:13-cv-01614, INS/1:13-cv-00907, KS/5:13-cv-04054, MOW/4:13-cv-00157, MOW/4:13-cv-00158, MOW/4:13-cv-00419, MOW/4:13-cv-00529, MSN/3:13-cv-00138, MSN/3:13-cv-00139, PAE/2:13-cv-01683, TNE/1:13-cv-00120, TXS/4:13-cv-01506, TXS/4:13-cv-01508 (DP)

Case Name:        Fricke et al v. Cook, Inc. et al
Case Number:      CAE/1:13-cv-00786
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-180) Finalized on 6/25/13. Please see pleading (5 in CAE/1:13-cv-00786, 8 in FLM/6:13-cv-00535, 10 in FLN/3:13-cv-00123, 8 in GAN/1:13-cv-01181, 4 in GAN/1:13-cv-01614, 4 in INS/1:13-cv-00907, 4 in KS/5:13-cv-04054, [48] in MDL No. 2440, 4 in MOW/4:13-cv-00157, 4 in MOW/4:13-cv-00158, 8 in MOW/4:13-cv-00419, 4 in MOW/4:13-cv-00529, 5 in MSN/3:13-cv-00138, 5 in MSN/3:13-cv-00139, 8 in PAE/2:13-cv-01683, 4 in TNE/1:13-cv-00120, 4 in TXS/4:13-cv-01506, 4 in TXS/4:13-cv-01508).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/25/2013.

Associated Cases: MDL No. 2440, CAE/1:13-cv-00786, FLM/6:13-cv-00535, FLN/3:13-cv-00123, GAN/1:13-cv-01181, GAN/1:13-cv-01614, INS/1:13-cv-00907, KS/5:13-cv-04054, MOW/4:13-cv-00157, MOW/4:13-cv-00158, MOW/4:13-cv-00419, MOW/4:13-cv-00529, MSN/3:13-cv-00138, MSN/3:13-cv-00139, PAE/2:13-cv-01683, TNE/1:13-cv-00120, TXS/4:13-cv-01506, TXS/4:13-cv-01508 (DP)

Case Name:        Schrembeck v. Cook Group, Inc. et al
Case Number:      GAN/1:13-cv-01181
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-180) Finalized on 6/25/13. Please see pleading (5 in CAE/1:13-cv-00786, 8 in FLM/6:13-cv-

00535, 10 in FLN/3:13-cv-00123, 8 in GAN/1:13-cv-01181, 4 in GAN/1:13-cv-01614, 4 in INS/1:13-cv-00907, 4 in KS/5:13-cv-04054, [48] in MDL No. 2440, 4 in MOW/4:13-cv-00157, 4 in MOW/4:13-cv-00158, 8 in MOW/4:13-cv-00419, 4 in MOW/4:13-cv-00529, 5 in MSN/3:13-cv-00138, 5 in MSN/3:13-cv-00139, 8 in PAE/2:13-cv-01683, 4 in TNE/1:13-cv-00120, 4 in TXS/4:13-cv-01506, 4 in TXS/4:13-cv-01508).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/25/2013.

Associated Cases: MDL No. 2440, CAE/1:13-cv-00786, FLM/6:13-cv-00535, FLN/3:13-cv-00123, GAN/1:13-cv-01181, GAN/1:13-cv-01614, INS/1:13-cv-00907, KS/5:13-cv-04054, MOW/4:13-cv-00157, MOW/4:13-cv-00158, MOW/4:13-cv-00419, MOW/4:13-cv-00529, MSN/3:13-cv-00138, MSN/3:13-cv-00139, PAE/2:13-cv-01683, TNE/1:13-cv-00120, TXS/4:13-cv-01506, TXS/4:13-cv-01508 (DP)

**Case Name:**       May v. Cook Group, Inc. et al
**Case Number:**    TXS/4:13-cv-01508
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-180) Finalized on 6/25/13. Please see pleading (5 in CAE/1:13-cv-00786, 8 in FLM/6:13-cv-00535, 10 in FLN/3:13-cv-00123, 8 in GAN/1:13-cv-01181, 4 in GAN/1:13-cv-01614, 4 in INS/1:13-cv-00907, 4 in KS/5:13-cv-04054, [48] in MDL No. 2440, 4 in MOW/4:13-cv-00157, 4 in MOW/4:13-cv-00158, 8 in MOW/4:13-cv-00419, 4 in MOW/4:13-cv-00529, 5 in MSN/3:13-cv-00138, 5 in MSN/3:13-cv-00139, 8 in PAE/2:13-cv-01683, 4 in TNE/1:13-cv-00120, 4 in TXS/4:13-cv-01506, 4 in TXS/4:13-cv-01508).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/25/2013.**

**Associated Cases: MDL No. 2440, CAE/1:13-cv-00786, FLM/6:13-cv-00535, FLN/3:13-cv-00123, GAN/1:13-cv-01181, GAN/1:13-cv-01614, INS/1:13-cv-00907, KS/5:13-cv-04054, MOW/4:13-cv-00157, MOW/4:13-cv-00158, MOW/4:13-cv-00419, MOW/4:13-cv-00529, MSN/3:13-cv-00138, MSN/3:13-cv-00139, PAE/2:13-cv-01683, TNE/1:13-cv-00120, TXS/4:13-cv-01506, TXS/4:13-cv-01508 (DP)**

| | |
|---|---|
| **Case Name:** | Ward v. Cook Group, Inc. et al |
| **Case Number:** | TNE/1:13-cv-00120 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-180) Finalized on 6/25/13. Please see pleading (5 in CAE/1:13-cv-00786, 8 in FLM/6:13-cv-00535, 10 in FLN/3:13-cv-00123, 8 in GAN/1:13-cv-01181, 4 in GAN/1:13-cv-01614, 4 in INS/1:13-cv-00907, 4 in KS/5:13-cv-04054, [48] in MDL No. 2440, 4 in MOW/4:13-cv-00157, 4 in MOW/4:13-cv-00158, 8 in MOW/4:13-cv-00419, 4 in MOW/4:13-cv-00529, 5 in MSN/3:13-cv-00138, 5 in MSN/3:13-cv-00139, 8 in PAE/2:13-cv-01683, 4 in TNE/1:13-cv-00120, 4 in TXS/4:13-cv-01506, 4 in TXS/4:13-cv-01508).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/25/2013.**

**Associated Cases: MDL No. 2440, CAE/1:13-cv-00786, FLM/6:13-cv-00535, FLN/3:13-cv-00123, GAN/1:13-cv-01181, GAN/1:13-cv-01614, INS/1:13-cv-00907, KS/5:13-cv-04054, MOW/4:13-cv-00157, MOW/4:13-cv-00158, MOW/4:13-cv-00419, MOW/4:13-cv-00529, MSN/3:13-cv-00138, MSN/3:13-cv-00139, PAE/2:13-cv-01683, TNE/1:13-cv-00120, TXS/4:13-cv-01506, TXS/4:13-cv-01508 (DP)**

| | |
|---|---|
| **Case Name:** | Walker v. Cook Group, Incorporated et al |
| **Case Number:** | MOW/4:13-cv-00529 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-180) Finalized on 6/25/13. Please see pleading (5 in CAE/1:13-cv-00786, 8 in FLM/6:13-cv-00535, 10 in FLN/3:13-cv-00123, 8 in GAN/1:13-cv-01181, 4 in GAN/1:13-cv-01614, 4 in INS/1:13-cv-00907, 4 in KS/5:13-cv-04054, [48] in MDL No. 2440, 4 in MOW/4:13-cv-00157, 4 in MOW/4:13-cv-00158, 8 in MOW/4:13-cv-00419, 4 in MOW/4:13-cv-00529, 5 in MSN/3:13-cv-00138, 5 in MSN/3:13-cv-00139, 8 in PAE/2:13-cv-01683, 4 in TNE/1:13-cv-00120, 4 in TXS/4:13-cv-01506, 4 in TXS/4:13-cv-01508).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/25/2013.**

**Associated Cases: MDL No. 2440, CAE/1:13-cv-00786, FLM/6:13-cv-00535, FLN/3:13-cv-00123, GAN/1:13-cv-01181, GAN/1:13-cv-01614, INS/1:13-cv-00907, KS/5:13-cv-04054, MOW/4:13-cv-00157, MOW/4:13-cv-00158, MOW/4:13-cv-00419, MOW/4:13-cv-00529, MSN/3:13-cv-00138, MSN/3:13-cv-00139, PAE/2:13-cv-01683, TNE/1:13-cv-00120, TXS/4:13-cv-01506, TXS/4:13-cv-01508 (DP)**

**Case Name:**   CAMAC v. COOK GROUP, INC. et al
**Case Number:**   PAE/2:13-cv-01683
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-180) Finalized on 6/25/13. Please see pleading (5 in CAE/1:13-cv-00786, 8 in FLM/6:13-cv-00535, 10 in FLN/3:13-cv-00123, 8 in GAN/1:13-cv-01181, 4 in GAN/1:13-cv-01614, 4 in INS/1:13-cv-00907, 4 in KS/5:13-cv-04054, [48] in MDL No. 2440, 4 in MOW/4:13-cv-00157, 4 in MOW/4:13-cv-00158, 8 in MOW/4:13-cv-00419, 4 in MOW/4:13-cv-00529, 5 in MSN/3:13-cv-00138, 5 in MSN/3:13-cv-00139, 8 in PAE/2:13-cv-01683, 4 in TNE/1:13-cv-00120, 4 in TXS/4:13-cv-01506, 4 in TXS/4:13-cv-01508).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court**

from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/25/2013.

Associated Cases: MDL No. 2440, CAE/1:13-cv-00786, FLM/6:13-cv-00535, FLN/3:13-cv-00123, GAN/1:13-cv-01181, GAN/1:13-cv-01614, INS/1:13-cv-00907, KS/5:13-cv-04054, MOW/4:13-cv-00157, MOW/4:13-cv-00158, MOW/4:13-cv-00419, MOW/4:13-cv-00529, MSN/3:13-cv-00138, MSN/3:13-cv-00139, PAE/2:13-cv-01683, TNE/1:13-cv-00120, TXS/4:13-cv-01506, TXS/4:13-cv-01508 (DP)

| | |
|---|---|
| Case Name: | Lynch et al v. Cook Group, Inc. et al |
| Case Number: | MOW/4:13-cv-00158 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-180) Finalized on 6/25/13. Please see pleading (5 in CAE/1:13-cv-00786, 8 in FLM/6:13-cv-00535, 10 in FLN/3:13-cv-00123, 8 in GAN/1:13-cv-01181, 4 in GAN/1:13-cv-01614, 4 in INS/1:13-cv-00907, 4 in KS/5:13-cv-04054, [48] in MDL No. 2440, 4 in MOW/4:13-cv-00157, 4 in MOW/4:13-cv-00158, 8 in MOW/4:13-cv-00419, 4 in MOW/4:13-cv-00529, 5 in MSN/3:13-cv-00138, 5 in MSN/3:13-cv-00139, 8 in PAE/2:13-cv-01683, 4 in TNE/1:13-cv-00120, 4 in TXS/4:13-cv-01506, 4 in TXS/4:13-cv-01508).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/25/2013.

Associated Cases: MDL No. 2440, CAE/1:13-cv-00786, FLM/6:13-cv-00535, FLN/3:13-cv-00123, GAN/1:13-cv-01181, GAN/1:13-cv-01614, INS/1:13-cv-00907, KS/5:13-cv-04054, MOW/4:13-cv-00157, MOW/4:13-cv-00158, MOW/4:13-cv-00419, MOW/4:13-cv-00529, MSN/3:13-cv-00138, MSN/3:13-cv-00139, PAE/2:13-cv-01683, TNE/1:13-cv-00120, TXS/4:13-cv-01506, TXS/4:13-cv-01508 (DP)

| | |
|---|---|
| Case Name: | Trujillo v. Cook Group, Inc. et al |
| Case Number: | TXS/4:13-cv-01506 |
| Filer: | |
| Document Number: | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-180) Finalized on 6/25/13. Please see pleading (5 in CAE/1:13-cv-00786, 8 in FLM/6:13-cv-00535, 10 in FLN/3:13-cv-00123, 8 in GAN/1:13-cv-01181, 4 in GAN/1:13-cv-01614, 4 in INS/1:13-cv-00907, 4 in KS/5:13-cv-04054, [48] in MDL No. 2440, 4 in MOW/4:13-cv-00157, 4 in MOW/4:13-cv-00158, 8 in MOW/4:13-cv-00419, 4 in MOW/4:13-cv-00529, 5 in MSN/3:13-cv-00138, 5 in MSN/3:13-cv-00139, 8 in PAE/2:13-cv-01683, 4 in TNE/1:13-cv-00120, 4 in TXS/4:13-cv-01506, 4 in TXS/4:13-cv-01508).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/25/2013.**

**Associated Cases: MDL No. 2440, CAE/1:13-cv-00786, FLM/6:13-cv-00535, FLN/3:13-cv-00123, GAN/1:13-cv-01181, GAN/1:13-cv-01614, INS/1:13-cv-00907, KS/5:13-cv-04054, MOW/4:13-cv-00157, MOW/4:13-cv-00158, MOW/4:13-cv-00419, MOW/4:13-cv-00529, MSN/3:13-cv-00138, MSN/3:13-cv-00139, PAE/2:13-cv-01683, TNE/1:13-cv-00120, TXS/4:13-cv-01506, TXS/4:13-cv-01508 (DP)**

| | |
|---|---|
| **Case Name:** | Dyson v. Cook, Inc. et al |
| **Case Number:** | MSN/3:13-cv-00138 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-180) Finalized on 6/25/13. Please see pleading (5 in CAE/1:13-cv-00786, 8 in FLM/6:13-cv-00535, 10 in FLN/3:13-cv-00123, 8 in GAN/1:13-cv-01181, 4 in GAN/1:13-cv-01614, 4 in INS/1:13-cv-00907, 4 in KS/5:13-cv-04054, [48] in MDL No. 2440, 4 in MOW/4:13-cv-00157, 4 in MOW/4:13-cv-00158, 8 in MOW/4:13-cv-00419, 4 in MOW/4:13-cv-00529, 5 in MSN/3:13-cv-00138, 5 in MSN/3:13-cv-00139, 8 in PAE/2:13-cv-01683, 4 in TNE/1:13-cv-00120, 4 in TXS/4:13-cv-01506, 4 in TXS/4:13-cv-01508).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is**

directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/25/2013.

Associated Cases: MDL No. 2440, CAE/1:13-cv-00786, FLM/6:13-cv-00535, FLN/3:13-cv-00123, GAN/1:13-cv-01181, GAN/1:13-cv-01614, INS/1:13-cv-00907, KS/5:13-cv-04054, MOW/4:13-cv-00157, MOW/4:13-cv-00158, MOW/4:13-cv-00419, MOW/4:13-cv-00529, MSN/3:13-cv-00138, MSN/3:13-cv-00139, PAE/2:13-cv-01683, TNE/1:13-cv-00120, TXS/4:13-cv-01506, TXS/4:13-cv-01508 (DP)

| | |
|---|---|
| Case Name: | MONTFORD v. COOK GROUP INC et al |
| Case Number: | FLN/3:13-cv-00123 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-180) Finalized on 6/25/13. Please see pleading (5 in CAE/1:13-cv-00786, 8 in FLM/6:13-cv-00535, 10 in FLN/3:13-cv-00123, 8 in GAN/1:13-cv-01181, 4 in GAN/1:13-cv-01614, 4 in INS/1:13-cv-00907, 4 in KS/5:13-cv-04054, [48] in MDL No. 2440, 4 in MOW/4:13-cv-00157, 4 in MOW/4:13-cv-00158, 8 in MOW/4:13-cv-00419, 4 in MOW/4:13-cv-00529, 5 in MSN/3:13-cv-00138, 5 in MSN/3:13-cv-00139, 8 in PAE/2:13-cv-01683, 4 in TNE/1:13-cv-00120, 4 in TXS/4:13-cv-01506, 4 in TXS/4:13-cv-01508).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/25/2013.

Associated Cases: MDL No. 2440, CAE/1:13-cv-00786, FLM/6:13-cv-00535, FLN/3:13-cv-00123, GAN/1:13-cv-01181, GAN/1:13-cv-01614, INS/1:13-cv-00907, KS/5:13-cv-04054, MOW/4:13-cv-00157, MOW/4:13-cv-00158, MOW/4:13-cv-00419, MOW/4:13-cv-00529, MSN/3:13-cv-00138, MSN/3:13-cv-00139, PAE/2:13-cv-01683, TNE/1:13-cv-00120, TXS/4:13-cv-01506, TXS/4:13-cv-01508 (DP)

| | |
|---|---|
| Case Name: | Barrett v. Cook, Inc. et al |
| Case Number: | MSN/3:13-cv-00139 |

**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-180) Finalized on 6/25/13. Please see pleading (5 in CAE/1:13-cv-00786, 8 in FLM/6:13-cv-00535, 10 in FLN/3:13-cv-00123, 8 in GAN/1:13-cv-01181, 4 in GAN/1:13-cv-01614, 4 in INS/1:13-cv-00907, 4 in KS/5:13-cv-04054, [48] in MDL No. 2440, 4 in MOW/4:13-cv-00157, 4 in MOW/4:13-cv-00158, 8 in MOW/4:13-cv-00419, 4 in MOW/4:13-cv-00529, 5 in MSN/3:13-cv-00138, 5 in MSN/3:13-cv-00139, 8 in PAE/2:13-cv-01683, 4 in TNE/1:13-cv-00120, 4 in TXS/4:13-cv-01506, 4 in TXS/4:13-cv-01508).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/25/2013.

Associated Cases: MDL No. 2440, CAE/1:13-cv-00786, FLM/6:13-cv-00535, FLN/3:13-cv-00123, GAN/1:13-cv-01181, GAN/1:13-cv-01614, INS/1:13-cv-00907, KS/5:13-cv-04054, MOW/4:13-cv-00157, MOW/4:13-cv-00158, MOW/4:13-cv-00419, MOW/4:13-cv-00529, MSN/3:13-cv-00138, MSN/3:13-cv-00139, PAE/2:13-cv-01683, TNE/1:13-cv-00120, TXS/4:13-cv-01506, TXS/4:13-cv-01508 (DP)

**Case Name:**       Burroughs v. Cook Group, Inc. et al
**Case Number:**     GAN/1:13-cv-01614
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-180) Finalized on 6/25/13. Please see pleading (5 in CAE/1:13-cv-00786, 8 in FLM/6:13-cv-00535, 10 in FLN/3:13-cv-00123, 8 in GAN/1:13-cv-01181, 4 in GAN/1:13-cv-01614, 4 in INS/1:13-cv-00907, 4 in KS/5:13-cv-04054, [48] in MDL No. 2440, 4 in MOW/4:13-cv-00157, 4 in MOW/4:13-cv-00158, 8 in MOW/4:13-cv-00419, 4 in MOW/4:13-cv-00529, 5 in MSN/3:13-cv-00138, 5 in MSN/3:13-cv-00139, 8 in PAE/2:13-cv-01683, 4 in TNE/1:13-cv-00120, 4 in TXS/4:13-cv-01506, 4 in TXS/4:13-cv-01508).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on

Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/25/2013.

Associated Cases: MDL No. 2440, CAE/1:13-cv-00786, FLM/6:13-cv-00535, FLN/3:13-cv-00123, GAN/1:13-cv-01181, GAN/1:13-cv-01614, INS/1:13-cv-00907, KS/5:13-cv-04054, MOW/4:13-cv-00157, MOW/4:13-cv-00158, MOW/4:13-cv-00419, MOW/4:13-cv-00529, MSN/3:13-cv-00138, MSN/3:13-cv-00139, PAE/2:13-cv-01683, TNE/1:13-cv-00120, TXS/4:13-cv-01506, TXS/4:13-cv-01508 (DP)

| | |
|---|---|
| **Case Name:** | Ainsworth vs. Cook Group, Inc. et al |
| **Case Number:** | KS/5:13-cv-04054 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-180) Finalized on 6/25/13. Please see pleading (5 in CAE/1:13-cv-00786, 8 in FLM/6:13-cv-00535, 10 in FLN/3:13-cv-00123, 8 in GAN/1:13-cv-01181, 4 in GAN/1:13-cv-01614, 4 in INS/1:13-cv-00907, 4 in KS/5:13-cv-04054, [48] in MDL No. 2440, 4 in MOW/4:13-cv-00157, 4 in MOW/4:13-cv-00158, 8 in MOW/4:13-cv-00419, 4 in MOW/4:13-cv-00529, 5 in MSN/3:13-cv-00138, 5 in MSN/3:13-cv-00139, 8 in PAE/2:13-cv-01683, 4 in TNE/1:13-cv-00120, 4 in TXS/4:13-cv-01506, 4 in TXS/4:13-cv-01508).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/25/2013.

Associated Cases: MDL No. 2440, CAE/1:13-cv-00786, FLM/6:13-cv-00535, FLN/3:13-cv-00123, GAN/1:13-cv-01181, GAN/1:13-cv-01614, INS/1:13-cv-00907, KS/5:13-cv-04054, MOW/4:13-cv-00157, MOW/4:13-cv-00158, MOW/4:13-cv-00419, MOW/4:13-cv-00529, MSN/3:13-cv-00138, MSN/3:13-cv-00139, PAE/2:13-cv-01683, TNE/1:13-cv-00120, TXS/4:13-cv-01506, TXS/4:13-cv-01508 (DP)

| | |
|---|---|
| **Case Name:** | Davis v. Cook Group, Inc. et al |
| **Case Number:** | FLM/6:13-cv-00535 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-180) Finalized on 6/25/13. Please see pleading (5 in CAE/1:13-cv-00786, 8 in FLM/6:13-cv-00535, 10 in FLN/3:13-cv-00123, 8 in GAN/1:13-cv-01181, 4 in GAN/1:13-cv-01614, 4 in INS/1:13-cv-00907, 4 in KS/5:13-cv-04054, [48] in MDL No. 2440, 4 in MOW/4:13-cv-00157, 4 in MOW/4:13-cv-00158, 8 in MOW/4:13-cv-00419, 4 in MOW/4:13-cv-00529, 5 in MSN/3:13-cv-00138, 5 in MSN/3:13-cv-00139, 8 in PAE/2:13-cv-01683, 4 in TNE/1:13-cv-00120, 4 in TXS/4:13-cv-01506, 4 in TXS/4:13-cv-01508).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/25/2013.**

**Associated Cases: MDL No. 2440, CAE/1:13-cv-00786, FLM/6:13-cv-00535, FLN/3:13-cv-00123, GAN/1:13-cv-01181, GAN/1:13-cv-01614, INS/1:13-cv-00907, KS/5:13-cv-04054, MOW/4:13-cv-00157, MOW/4:13-cv-00158, MOW/4:13-cv-00419, MOW/4:13-cv-00529, MSN/3:13-cv-00138, MSN/3:13-cv-00139, PAE/2:13-cv-01683, TNE/1:13-cv-00120, TXS/4:13-cv-01506, TXS/4:13-cv-01508 (DP)**

No public notice (electronic or otherwise) sent because the entry is private

Activity in Case MDL No. 2440 IN RE: Cook Medical, Inc., Pelvic Repair System Products Liability Litigation Conditional Transfer Order Finalized
JPMLCMECF
to:
JPMLCMDECF
06/25/2013 08:00 AM
Show Details

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 6/25/2013 at 7:58 AM EDT and filed on 6/25/2013
**Case Name:**          IN RE: Cook Medical, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**        MDL No. 2440
**Filer:**
**Document Number:** 48

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 1 action(s)** *re: pldg. (3 in CAE/1:13-cv-00786, 6 in FLM/6:13-cv-00535, 8 in FLN/3:13-cv-00123, 6 in GAN/1:13-cv-01181, 2 in GAN/1:13-cv-01614, 2 in INS/1:13-cv-00907, 2 in KS/5:13-cv-04054, [45] in MDL No. 2440, 2 in MOW/4:13-cv-00157, 2 in MOW/4:13-cv-00158, 6 in MOW/4:13-cv-00419, 2 in MOW/4:13-cv-00529, 3 in MSN/3:13-cv-00138, 3 in MSN/3:13-cv-00139, 6 in PAE/2:13-cv-01683, 2 in TNE/1:13-cv-00120, 2 in TXS/4:13-cv-01506, 2 in TXS/4:13-cv-01508)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/25/2013.**

**Associated Cases: MDL No. 2440, CAE/1:13-cv-00786, FLM/6:13-cv-00535, FLN/3:13-cv-00123, GAN/1:13-cv-01181, GAN/1:13-cv-01614, INS/1:13-cv-00907, KS/5:13-cv-04054, MOW/4:13-cv-00157, MOW/4:13-cv-00158, MOW/4:13-cv-00419, MOW/4:13-cv-00529, MSN/3:13-cv-00138, MSN/3:13-cv-00139, PAE/2:13-cv-01683, TNE/1:13-cv-00120, TXS/4:13-cv-01506, TXS/4:13-cv-01508 (DP)**

**Case Name:**          Brown v. Cook Group, Incorporated et al
**Case Number:**        MOW/4:13-cv-00419
**Filer:**

**Document Number:** 8

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 1 action(s)** *re: pldg. (3 in CAE/1:13-cv-00786, 6 in FLM/6:13-cv-00535, 8 in FLN/3:13-cv-00123, 6 in GAN/1:13-cv-01181, 2 in GAN/1:13-cv-01614, 2 in INS/1:13-cv-00907, 2 in KS/5:13-cv-04054, [45] in MDL No. 2440, 2 in MOW/4:13-cv-00157, 2 in MOW/4:13-cv-00158, 6 in MOW/4:13-cv-00419, 2 in MOW/4:13-cv-00529, 3 in MSN/3:13-cv-00138, 3 in MSN/3:13-cv-00139, 6 in PAE/2:13-cv-01683, 2 in TNE/1:13-cv-00120, 2 in TXS/4:13-cv-01506, 2 in TXS/4:13-cv-01508)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/25/2013.**

**Associated Cases: MDL No. 2440, CAE/1:13-cv-00786, FLM/6:13-cv-00535, FLN/3:13-cv-00123, GAN/1:13-cv-01181, GAN/1:13-cv-01614, INS/1:13-cv-00907, KS/5:13-cv-04054, MOW/4:13-cv-00157, MOW/4:13-cv-00158, MOW/4:13-cv-00419, MOW/4:13-cv-00529, MSN/3:13-cv-00138, MSN/3:13-cv-00139, PAE/2:13-cv-01683, TNE/1:13-cv-00120, TXS/4:13-cv-01506, TXS/4:13-cv-01508 (DP)**

| | |
|---|---|
| **Case Name:** | Durham v. Cook Group, Inc. et al |
| **Case Number:** | MOW/4:13-cv-00157 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 1 action(s)** *re: pldg. (3 in CAE/1:13-cv-00786, 6 in FLM/6:13-cv-00535, 8 in FLN/3:13-cv-00123, 6 in GAN/1:13-cv-01181, 2 in GAN/1:13-cv-01614, 2 in INS/1:13-cv-00907, 2 in KS/5:13-cv-04054, [45] in MDL No. 2440, 2 in MOW/4:13-cv-00157, 2 in MOW/4:13-cv-00158, 6 in MOW/4:13-cv-00419, 2 in MOW/4:13-cv-00529, 3 in MSN/3:13-cv-00138, 3 in MSN/3:13-cv-00139, 6 in PAE/2:13-cv-01683, 2 in TNE/1:13-cv-00120, 2 in TXS/4:13-cv-01506, 2 in TXS/4:13-cv-01508)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/25/2013.**

**Associated Cases: MDL No. 2440, CAE/1:13-cv-00786, FLM/6:13-cv-00535, FLN/3:13-cv-00123, GAN/1:13-cv-01181, GAN/1:13-cv-01614, INS/1:13-cv-00907, KS/5:13-cv-04054, MOW/4:13-cv-00157, MOW/4:13-cv-00158, MOW/4:13-cv-00419, MOW/4:13-cv-00529, MSN/3:13-cv-00138, MSN/3:13-cv-00139, PAE/2:13-cv-01683, TNE/1:13-cv-00120, TXS/4:13-cv-01506, TXS/4:13-cv-01508 (DP)**

| | |
|---|---|
| **Case Name:** | BARTLETT et al v. COOK BIOTECH, INC et al |
| **Case Number:** | INS/1:13-cv-00907 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 1 action(s)** *re: pldg. (3 in CAE/1:13-cv-00786, 6 in FLM/6:13-cv-00535, 8 in FLN/3:13-cv-00123, 6 in GAN/1:13-cv-*

*01181, 2 in GAN/1:13-cv-01614, 2 in INS/1:13-cv-00907, 2 in KS/5:13-cv-04054, [45] in MDL No. 2440, 2 in MOW/4:13-cv-00157, 2 in MOW/4:13-cv-00158, 6 in MOW/4:13-cv-00419, 2 in MOW/4:13-cv-00529, 3 in MSN/3:13-cv-00138, 3 in MSN/3:13-cv-00139, 6 in PAE/2:13-cv-01683, 2 in TNE/1:13-cv-00120, 2 in TXS/4:13-cv-01506, 2 in TXS/4:13-cv-01508) Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/25/2013.**

**Associated Cases: MDL No. 2440, CAE/1:13-cv-00786, FLM/6:13-cv-00535, FLN/3:13-cv-00123, GAN/1:13-cv-01181, GAN/1:13-cv-01614, INS/1:13-cv-00907, KS/5:13-cv-04054, MOW/4:13-cv-00157, MOW/4:13-cv-00158, MOW/4:13-cv-00419, MOW/4:13-cv-00529, MSN/3:13-cv-00138, MSN/3:13-cv-00139, PAE/2:13-cv-01683, TNE/1:13-cv-00120, TXS/4:13-cv-01506, TXS/4:13-cv-01508 (DP)**

| | |
|---|---|
| **Case Name:** | Fricke et al v. Cook, Inc. et al |
| **Case Number:** | CAE/1:13-cv-00786 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 1 action(s)** *re: pldg. (3 in CAE/1:13-cv-00786, 6 in FLM/6:13-cv-00535, 8 in FLN/3:13-cv-00123, 6 in GAN/1:13-cv-01181, 2 in GAN/1:13-cv-01614, 2 in INS/1:13-cv-00907, 2 in KS/5:13-cv-04054, [45] in MDL No. 2440, 2 in MOW/4:13-cv-00157, 2 in MOW/4:13-cv-00158, 6 in MOW/4:13-cv-00419, 2 in MOW/4:13-cv-00529, 3 in MSN/3:13-cv-00138, 3 in MSN/3:13-cv-00139, 6 in PAE/2:13-cv-01683, 2 in TNE/1:13-cv-00120, 2 in TXS/4:13-cv-01506, 2 in TXS/4:13-cv-01508) Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/25/2013.**

**Associated Cases: MDL No. 2440, CAE/1:13-cv-00786, FLM/6:13-cv-00535, FLN/3:13-cv-00123, GAN/1:13-cv-01181, GAN/1:13-cv-01614, INS/1:13-cv-00907, KS/5:13-cv-04054, MOW/4:13-cv-00157, MOW/4:13-cv-00158, MOW/4:13-cv-00419, MOW/4:13-cv-00529, MSN/3:13-cv-00138, MSN/3:13-cv-00139, PAE/2:13-cv-01683, TNE/1:13-cv-00120, TXS/4:13-cv-01506, TXS/4:13-cv-01508 (DP)**

| | |
|---|---|
| **Case Name:** | Schrembeck v. Cook Group, Inc. et al |
| **Case Number:** | GAN/1:13-cv-01181 |
| **Filer:** | |
| **Document Number:** | 8 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 1 action(s)** *re: pldg. (3 in CAE/1:13-cv-00786, 6 in FLM/6:13-cv-00535, 8 in FLN/3:13-cv-00123, 6 in GAN/1:13-cv-01181, 2 in GAN/1:13-cv-01614, 2 in INS/1:13-cv-00907, 2 in KS/5:13-cv-04054, [45] in MDL No. 2440, 2 in MOW/4:13-cv-00157, 2 in MOW/4:13-cv-00158, 6 in MOW/4:13-cv-00419, 2 in MOW/4:13-cv-00529, 3 in MSN/3:13-cv-00138, 3 in MSN/3:13-cv-00139, 6 in PAE/2:13-cv-01683, 2 in TNE/1:13-cv-00120, 2 in TXS/4:13-cv-01506, 2 in TXS/4:13-cv-01508) Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/25/2013.**

**Associated Cases: MDL No. 2440, CAE/1:13-cv-00786, FLM/6:13-cv-00535, FLN/3:13-cv-00123, GAN/1:13-cv-01181, GAN/1:13-cv-01614, INS/1:13-cv-00907, KS/5:13-cv-04054, MOW/4:13-cv-00157, MOW/4:13-cv-00158, MOW/4:13-cv-00419, MOW/4:13-cv-00529, MSN/3:13-cv-00138, MSN/3:13-cv-00139, PAE/2:13-cv-01683, TNE/1:13-cv-00120, TXS/4:13-cv-01506, TXS/4:13-cv-01508 (DP)**

| | |
|---|---|
| **Case Name:** | May v. Cook Group, Inc. et al |
| **Case Number:** | TXS/4:13-cv-01508 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 1 action(s)** *re: pldg. (3 in CAE/1:13-cv-00786, 6 in FLM/6:13-cv-00535, 8 in FLN/3:13-cv-00123, 6 in GAN/1:13-cv-01181, 2 in GAN/1:13-cv-01614, 2 in INS/1:13-cv-00907, 2 in KS/5:13-cv-04054, [45] in MDL No. 2440, 2 in MOW/4:13-cv-00157, 2 in MOW/4:13-cv-00158, 6 in MOW/4:13-cv-00419, 2 in MOW/4:13-cv-00529, 3 in MSN/3:13-cv-00138, 3 in MSN/3:13-cv-00139, 6 in PAE/2:13-cv-01683, 2 in TNE/1:13-cv-00120, 2 in TXS/4:13-cv-01506, 2 in TXS/4:13-cv-01508)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/25/2013.**

**Associated Cases: MDL No. 2440, CAE/1:13-cv-00786, FLM/6:13-cv-00535, FLN/3:13-cv-00123, GAN/1:13-cv-01181, GAN/1:13-cv-01614, INS/1:13-cv-00907, KS/5:13-cv-04054, MOW/4:13-cv-00157, MOW/4:13-cv-00158, MOW/4:13-cv-00419, MOW/4:13-cv-00529, MSN/3:13-cv-00138, MSN/3:13-cv-00139, PAE/2:13-cv-01683, TNE/1:13-cv-00120, TXS/4:13-cv-01506, TXS/4:13-cv-01508 (DP)**

| | |
|---|---|
| **Case Name:** | Ward v. Cook Group, Inc. et al |
| **Case Number:** | TNE/1:13-cv-00120 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 1 action(s)** *re: pldg. (3 in CAE/1:13-cv-00786, 6 in FLM/6:13-cv-00535, 8 in FLN/3:13-cv-00123, 6 in GAN/1:13-cv-01181, 2 in GAN/1:13-cv-01614, 2 in INS/1:13-cv-00907, 2 in KS/5:13-cv-04054, [45] in MDL No. 2440, 2 in MOW/4:13-cv-00157, 2 in MOW/4:13-cv-00158, 6 in MOW/4:13-cv-00419, 2 in MOW/4:13-cv-00529, 3 in MSN/3:13-cv-00138, 3 in MSN/3:13-cv-00139, 6 in PAE/2:13-cv-01683, 2 in TNE/1:13-cv-00120, 2 in TXS/4:13-cv-01506, 2 in TXS/4:13-cv-01508)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/25/2013.**

**Associated Cases: MDL No. 2440, CAE/1:13-cv-00786, FLM/6:13-cv-00535, FLN/3:13-cv-00123, GAN/1:13-cv-01181, GAN/1:13-cv-01614, INS/1:13-cv-00907, KS/5:13-cv-04054, MOW/4:13-cv-00157, MOW/4:13-cv-00158, MOW/4:13-cv-00419, MOW/4:13-cv-00529,**

**MSN/3:13-cv-00138, MSN/3:13-cv-00139, PAE/2:13-cv-01683, TNE/1:13-cv-00120, TXS/4:13-cv-01506, TXS/4:13-cv-01508 (DP)**

| | |
|---|---|
| **Case Name:** | Walker v. Cook Group, Incorporated et al |
| **Case Number:** | MOW/4:13-cv-00529 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 1 action(s)** *re: pldg. (3 in CAE/1:13-cv-00786, 6 in FLM/6:13-cv-00535, 8 in FLN/3:13-cv-00123, 6 in GAN/1:13-cv-01181, 2 in GAN/1:13-cv-01614, 2 in INS/1:13-cv-00907, 2 in KS/5:13-cv-04054, [45] in MDL No. 2440, 2 in MOW/4:13-cv-00157, 2 in MOW/4:13-cv-00158, 6 in MOW/4:13-cv-00419, 2 in MOW/4:13-cv-00529, 3 in MSN/3:13-cv-00138, 3 in MSN/3:13-cv-00139, 6 in PAE/2:13-cv-01683, 2 in TNE/1:13-cv-00120, 2 in TXS/4:13-cv-01506, 2 in TXS/4:13-cv-01508)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/25/2013.**

**Associated Cases: MDL No. 2440, CAE/1:13-cv-00786, FLM/6:13-cv-00535, FLN/3:13-cv-00123, GAN/1:13-cv-01181, GAN/1:13-cv-01614, INS/1:13-cv-00907, KS/5:13-cv-04054, MOW/4:13-cv-00157, MOW/4:13-cv-00158, MOW/4:13-cv-00419, MOW/4:13-cv-00529, MSN/3:13-cv-00138, MSN/3:13-cv-00139, PAE/2:13-cv-01683, TNE/1:13-cv-00120, TXS/4:13-cv-01506, TXS/4:13-cv-01508 (DP)**

| | |
|---|---|
| **Case Name:** | CAMAC v. COOK GROUP, INC. et al |
| **Case Number:** | PAE/2:13-cv-01683 |
| **Filer:** | |
| **Document Number:** | 8 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 1 action(s)** *re: pldg. (3 in CAE/1:13-cv-00786, 6 in FLM/6:13-cv-00535, 8 in FLN/3:13-cv-00123, 6 in GAN/1:13-cv-01181, 2 in GAN/1:13-cv-01614, 2 in INS/1:13-cv-00907, 2 in KS/5:13-cv-04054, [45] in MDL No. 2440, 2 in MOW/4:13-cv-00157, 2 in MOW/4:13-cv-00158, 6 in MOW/4:13-cv-00419, 2 in MOW/4:13-cv-00529, 3 in MSN/3:13-cv-00138, 3 in MSN/3:13-cv-00139, 6 in PAE/2:13-cv-01683, 2 in TNE/1:13-cv-00120, 2 in TXS/4:13-cv-01506, 2 in TXS/4:13-cv-01508)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/25/2013.**

**Associated Cases: MDL No. 2440, CAE/1:13-cv-00786, FLM/6:13-cv-00535, FLN/3:13-cv-00123, GAN/1:13-cv-01181, GAN/1:13-cv-01614, INS/1:13-cv-00907, KS/5:13-cv-04054, MOW/4:13-cv-00157, MOW/4:13-cv-00158, MOW/4:13-cv-00419, MOW/4:13-cv-00529, MSN/3:13-cv-00138, MSN/3:13-cv-00139, PAE/2:13-cv-01683, TNE/1:13-cv-00120, TXS/4:13-cv-01506, TXS/4:13-cv-01508 (DP)**

| | |
|---|---|
| **Case Name:** | Lynch et al v. Cook Group, Inc. et al |
| **Case Number:** | MOW/4:13-cv-00158 |

**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 1 action(s)** *re: pldg. (3 in CAE/1:13-cv-00786, 6 in FLM/6:13-cv-00535, 8 in FLN/3:13-cv-00123, 6 in GAN/1:13-cv-01181, 2 in GAN/1:13-cv-01614, 2 in INS/1:13-cv-00907, 2 in KS/5:13-cv-04054, [45] in MDL No. 2440, 2 in MOW/4:13-cv-00157, 2 in MOW/4:13-cv-00158, 6 in MOW/4:13-cv-00419, 2 in MOW/4:13-cv-00529, 3 in MSN/3:13-cv-00138, 3 in MSN/3:13-cv-00139, 6 in PAE/2:13-cv-01683, 2 in TNE/1:13-cv-00120, 2 in TXS/4:13-cv-01506, 2 in TXS/4:13-cv-01508)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/25/2013.**

**Associated Cases: MDL No. 2440, CAE/1:13-cv-00786, FLM/6:13-cv-00535, FLN/3:13-cv-00123, GAN/1:13-cv-01181, GAN/1:13-cv-01614, INS/1:13-cv-00907, KS/5:13-cv-04054, MOW/4:13-cv-00157, MOW/4:13-cv-00158, MOW/4:13-cv-00419, MOW/4:13-cv-00529, MSN/3:13-cv-00138, MSN/3:13-cv-00139, PAE/2:13-cv-01683, TNE/1:13-cv-00120, TXS/4:13-cv-01506, TXS/4:13-cv-01508 (DP)**

**Case Name:**        Trujillo v. Cook Group, Inc. et al
**Case Number:**     TXS/4:13-cv-01506
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 1 action(s)** *re: pldg. (3 in CAE/1:13-cv-00786, 6 in FLM/6:13-cv-00535, 8 in FLN/3:13-cv-00123, 6 in GAN/1:13-cv-01181, 2 in GAN/1:13-cv-01614, 2 in INS/1:13-cv-00907, 2 in KS/5:13-cv-04054, [45] in MDL No. 2440, 2 in MOW/4:13-cv-00157, 2 in MOW/4:13-cv-00158, 6 in MOW/4:13-cv-00419, 2 in MOW/4:13-cv-00529, 3 in MSN/3:13-cv-00138, 3 in MSN/3:13-cv-00139, 6 in PAE/2:13-cv-01683, 2 in TNE/1:13-cv-00120, 2 in TXS/4:13-cv-01506, 2 in TXS/4:13-cv-01508)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/25/2013.**

**Associated Cases: MDL No. 2440, CAE/1:13-cv-00786, FLM/6:13-cv-00535, FLN/3:13-cv-00123, GAN/1:13-cv-01181, GAN/1:13-cv-01614, INS/1:13-cv-00907, KS/5:13-cv-04054, MOW/4:13-cv-00157, MOW/4:13-cv-00158, MOW/4:13-cv-00419, MOW/4:13-cv-00529, MSN/3:13-cv-00138, MSN/3:13-cv-00139, PAE/2:13-cv-01683, TNE/1:13-cv-00120, TXS/4:13-cv-01506, TXS/4:13-cv-01508 (DP)**

**Case Name:**        Dyson v. Cook, Inc. et al
**Case Number:**     MSN/3:13-cv-00138
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 1 action(s)** *re: pldg. (3 in*

*CAE/1:13-cv-00786, 6 in FLM/6:13-cv-00535, 8 in FLN/3:13-cv-00123, 6 in GAN/1:13-cv-01181, 2 in GAN/1:13-cv-01614, 2 in INS/1:13-cv-00907, 2 in KS/5:13-cv-04054, [45] in MDL No. 2440, 2 in MOW/4:13-cv-00157, 2 in MOW/4:13-cv-00158, 6 in MOW/4:13-cv-00419, 2 in MOW/4:13-cv-00529, 3 in MSN/3:13-cv-00138, 3 in MSN/3:13-cv-00139, 6 in PAE/2:13-cv-01683, 2 in TNE/1:13-cv-00120, 2 in TXS/4:13-cv-01506, 2 in TXS/4:13-cv-01508)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/25/2013.**

**Associated Cases: MDL No. 2440, CAE/1:13-cv-00786, FLM/6:13-cv-00535, FLN/3:13-cv-00123, GAN/1:13-cv-01181, GAN/1:13-cv-01614, INS/1:13-cv-00907, KS/5:13-cv-04054, MOW/4:13-cv-00157, MOW/4:13-cv-00158, MOW/4:13-cv-00419, MOW/4:13-cv-00529, MSN/3:13-cv-00138, MSN/3:13-cv-00139, PAE/2:13-cv-01683, TNE/1:13-cv-00120, TXS/4:13-cv-01506, TXS/4:13-cv-01508 (DP)**

**Case Name:**     MONTFORD v. COOK GROUP INC et al
**Case Number:**   FLN/3:13-cv-00123
**Filer:**
**Document Number:** 10

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 1 action(s)** *re: pldg. (3 in CAE/1:13-cv-00786, 6 in FLM/6:13-cv-00535, 8 in FLN/3:13-cv-00123, 6 in GAN/1:13-cv-01181, 2 in GAN/1:13-cv-01614, 2 in INS/1:13-cv-00907, 2 in KS/5:13-cv-04054, [45] in MDL No. 2440, 2 in MOW/4:13-cv-00157, 2 in MOW/4:13-cv-00158, 6 in MOW/4:13-cv-00419, 2 in MOW/4:13-cv-00529, 3 in MSN/3:13-cv-00138, 3 in MSN/3:13-cv-00139, 6 in PAE/2:13-cv-01683, 2 in TNE/1:13-cv-00120, 2 in TXS/4:13-cv-01506, 2 in TXS/4:13-cv-01508)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/25/2013.**

**Associated Cases: MDL No. 2440, CAE/1:13-cv-00786, FLM/6:13-cv-00535, FLN/3:13-cv-00123, GAN/1:13-cv-01181, GAN/1:13-cv-01614, INS/1:13-cv-00907, KS/5:13-cv-04054, MOW/4:13-cv-00157, MOW/4:13-cv-00158, MOW/4:13-cv-00419, MOW/4:13-cv-00529, MSN/3:13-cv-00138, MSN/3:13-cv-00139, PAE/2:13-cv-01683, TNE/1:13-cv-00120, TXS/4:13-cv-01506, TXS/4:13-cv-01508 (DP)**

**Case Name:**     Barrett v. Cook, Inc. et al
**Case Number:**   MSN/3:13-cv-00139
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 1 action(s)** *re: pldg. (3 in CAE/1:13-cv-00786, 6 in FLM/6:13-cv-00535, 8 in FLN/3:13-cv-00123, 6 in GAN/1:13-cv-01181, 2 in GAN/1:13-cv-01614, 2 in INS/1:13-cv-00907, 2 in KS/5:13-cv-04054, [45] in MDL No. 2440, 2 in MOW/4:13-cv-00157, 2 in MOW/4:13-cv-00158, 6 in MOW/4:13-cv-00419, 2 in MOW/4:13-cv-00529, 3 in MSN/3:13-cv-00138, 3 in MSN/3:13-cv-00139, 6 in PAE/2:13-cv-01683, 2 in TNE/1:13-cv-00120, 2 in TXS/4:13-cv-01506, 2 in TXS/4:13-cv-*

*01508)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/25/2013.**

**Associated Cases: MDL No. 2440, CAE/1:13-cv-00786, FLM/6:13-cv-00535, FLN/3:13-cv-00123, GAN/1:13-cv-01181, GAN/1:13-cv-01614, INS/1:13-cv-00907, KS/5:13-cv-04054, MOW/4:13-cv-00157, MOW/4:13-cv-00158, MOW/4:13-cv-00419, MOW/4:13-cv-00529, MSN/3:13-cv-00138, MSN/3:13-cv-00139, PAE/2:13-cv-01683, TNE/1:13-cv-00120, TXS/4:13-cv-01506, TXS/4:13-cv-01508 (DP)**

**Case Name:**    Burroughs v. Cook Group, Inc. et al
**Case Number:**    GAN/1:13-cv-01614
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 1 action(s)** *re: pldg. (3 in CAE/1:13-cv-00786, 6 in FLM/6:13-cv-00535, 8 in FLN/3:13-cv-00123, 6 in GAN/1:13-cv-01181, 2 in GAN/1:13-cv-01614, 2 in INS/1:13-cv-00907, 2 in KS/5:13-cv-04054, [45] in MDL No. 2440, 2 in MOW/4:13-cv-00157, 2 in MOW/4:13-cv-00158, 6 in MOW/4:13-cv-00419, 2 in MOW/4:13-cv-00529, 3 in MSN/3:13-cv-00138, 3 in MSN/3:13-cv-00139, 6 in PAE/2:13-cv-01683, 2 in TNE/1:13-cv-00120, 2 in TXS/4:13-cv-01506, 2 in TXS/4:13-cv-01508)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/25/2013.**

**Associated Cases: MDL No. 2440, CAE/1:13-cv-00786, FLM/6:13-cv-00535, FLN/3:13-cv-00123, GAN/1:13-cv-01181, GAN/1:13-cv-01614, INS/1:13-cv-00907, KS/5:13-cv-04054, MOW/4:13-cv-00157, MOW/4:13-cv-00158, MOW/4:13-cv-00419, MOW/4:13-cv-00529, MSN/3:13-cv-00138, MSN/3:13-cv-00139, PAE/2:13-cv-01683, TNE/1:13-cv-00120, TXS/4:13-cv-01506, TXS/4:13-cv-01508 (DP)**

**Case Name:**    Ainsworth vs. Cook Group, Inc. et al
**Case Number:**    KS/5:13-cv-04054
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 1 action(s)** *re: pldg. (3 in CAE/1:13-cv-00786, 6 in FLM/6:13-cv-00535, 8 in FLN/3:13-cv-00123, 6 in GAN/1:13-cv-01181, 2 in GAN/1:13-cv-01614, 2 in INS/1:13-cv-00907, 2 in KS/5:13-cv-04054, [45] in MDL No. 2440, 2 in MOW/4:13-cv-00157, 2 in MOW/4:13-cv-00158, 6 in MOW/4:13-cv-00419, 2 in MOW/4:13-cv-00529, 3 in MSN/3:13-cv-00138, 3 in MSN/3:13-cv-00139, 6 in PAE/2:13-cv-01683, 2 in TNE/1:13-cv-00120, 2 in TXS/4:13-cv-01506, 2 in TXS/4:13-cv-01508)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/25/2013.**

**Associated Cases: MDL No. 2440, CAE/1:13-cv-00786, FLM/6:13-cv-00535, FLN/3:13-cv-**

**00123, GAN/1:13-cv-01181, GAN/1:13-cv-01614, INS/1:13-cv-00907, KS/5:13-cv-04054, MOW/4:13-cv-00157, MOW/4:13-cv-00158, MOW/4:13-cv-00419, MOW/4:13-cv-00529, MSN/3:13-cv-00138, MSN/3:13-cv-00139, PAE/2:13-cv-01683, TNE/1:13-cv-00120, TXS/4:13-cv-01506, TXS/4:13-cv-01508 (DP)**

**Case Name:**        Davis v. Cook Group, Inc. et al
**Case Number:**    FLM/6:13-cv-00535
**Filer:**
**Document Number:** 8

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 1 action(s)** *re: pldg. (3 in CAE/1:13-cv-00786, 6 in FLM/6:13-cv-00535, 8 in FLN/3:13-cv-00123, 6 in GAN/1:13-cv-01181, 2 in GAN/1:13-cv-01614, 2 in INS/1:13-cv-00907, 2 in KS/5:13-cv-04054, [45] in MDL No. 2440, 2 in MOW/4:13-cv-00157, 2 in MOW/4:13-cv-00158, 6 in MOW/4:13-cv-00419, 2 in MOW/4:13-cv-00529, 3 in MSN/3:13-cv-00138, 3 in MSN/3:13-cv-00139, 6 in PAE/2:13-cv-01683, 2 in TNE/1:13-cv-00120, 2 in TXS/4:13-cv-01506, 2 in TXS/4:13-cv-01508)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/25/2013.**

**Associated Cases: MDL No. 2440, CAE/1:13-cv-00786, FLM/6:13-cv-00535, FLN/3:13-cv-00123, GAN/1:13-cv-01181, GAN/1:13-cv-01614, INS/1:13-cv-00907, KS/5:13-cv-04054, MOW/4:13-cv-00157, MOW/4:13-cv-00158, MOW/4:13-cv-00419, MOW/4:13-cv-00529, MSN/3:13-cv-00138, MSN/3:13-cv-00139, PAE/2:13-cv-01683, TNE/1:13-cv-00120, TXS/4:13-cv-01506, TXS/4:13-cv-01508 (DP)**

**MDL No. 2440 Notice has been electronically mailed to:**

**MDL No. 2440 Notice will not be electronically mailed to:**

**MOW/4:13-cv-00419 Notice has been electronically mailed to:**

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

THOMAS P. CARTMELL tcartmell@wcllp.com, m.goldwasser@wcllp.com

Jeffrey M. Kuntz jkuntz@wcllp.com, nmanzo@wcllp.com

**MOW/4:13-cv-00419 Notice will not be electronically mailed to:**

**MOW/4:13-cv-00157 Notice has been electronically mailed to:**

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

THOMAS P. CARTMELL tcartmell@wcllp.com, m.goldwasser@wcllp.com

Jeffrey M. Kuntz jkuntz@wcllp.com, nmanzo@wcllp.com

Jennifer L. Schuster jschuster@woodmclaw.com

Robert A. Henderson rhenderson@polsinelli.com

Miriam Bailey mbailey@polsinelli.com

**MOW/4:13-cv-00157 Notice will not be electronically mailed to:**

**INS/1:13-cv-00907 Notice has been electronically mailed to:**

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

Burton A Padove Burtonap621@gmail.com

**INS/1:13-cv-00907 Notice will not be electronically mailed to:**

**CAE/1:13-cv-00786 Notice has been electronically mailed to:**

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

Trevor Bruce Rockstad trevor.rockstad@daviscrump.com, latrisha.crump@daviscrump.com

**CAE/1:13-cv-00786 Notice will not be electronically mailed to:**

Cook Biotech, Inc.
1425 Innovation Place
West Lafayette, IN 47906

Cook Group, Inc.
759 N. Daniels Way
Bloomington, IN 47404-9120

Cook Ireland, Ltd.
National Technology Park
OHalloran Road
Limerick Ireland,
Ireland

Cook Medical, Inc.
1025 W. Acuff Road
Bloomington, IN 47402-4195

Cook, Inc.
759 N. Daniels Way
Bloomington, IN 47202-0489

William A. Cook Australia Pty., Ltd.
Brisbane Technology Park
95 Brandle Street Eight Miles Plains
Brisbane, QLD, 4113

**GAN/1:13-cv-01181 Notice has been electronically mailed to:**

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

Charles A Childers achilders@cssfirm.com, achilders@candsfirm.com

TRACY G. WEISS tweiss@reedsmith.com, cshayka@reedsmith.com

Nathaniel Metz nmetz@saul.com

Michael Brandon Smith bsmith@cssfirm.com

Ivan Andrew Gustafson rlhuenefeld@ewhlaw.com

Marcella Coladangelo Ducca duccam@gtlaw.com

AMY S. KLINE akline@saul.com

**GAN/1:13-cv-01181 Notice will not be electronically mailed to:**

**TXS/4:13-cv-01508 Notice has been electronically mailed to:**

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

David J. Walz dwalz@carltonfields.com

Erin K. Copeland ecopeland@fhl-law.com

**TXS/4:13-cv-01508 Notice will not be electronically mailed to:**

**TNE/1:13-cv-00120 Notice has been electronically mailed to:**

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

Neil D. Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

DOUGLASS ALAN KREIS dkreis@awkolaw.com, athane@awkolaw.com, cbrumfield@awkolaw.com, dkreis@aws-law.com

J. Gerard Stranch, IV gerards@branstetterlaw.com, calebb@branstetterlaw.com, lisac@branstetterlaw.com, lisam@branstetterlaw.com, pattim@branstetterlaw.com

Bryan F. Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com, baylstock@aws-law.com, churt@awkolaw.com

M. Brandon Smith bsmith@cssfirm.com

D. Renee Baggett rbaggett@awkolaw.com

Benjamin A. Gastel beng@branstetterlaw.com

Jennifer L. Schuster jschuster@woodmclaw.com

James C. Bradshaw, III jbradshaw@wyattfirm.com

**TNE/1:13-cv-00120 Notice will not be electronically mailed to:**

**MOW/4:13-cv-00529 Notice has been electronically mailed to:**

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

THOMAS P. CARTMELL tcartmell@wcllp.com, m.goldwasser@wcllp.com

Jeffrey M. Kuntz jkuntz@wcllp.com, nmanzo@wcllp.com

David J. Walz dwalz@carltonfields.com

Marcella Coladangelo Ducca duccam@gtlaw.com

**MOW/4:13-cv-00529 Notice will not be electronically mailed to:**

**PAE/2:13-cv-01683 Notice has been electronically mailed to:**

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

Barbara R Binis bbinis@reedsmith.com, kmccloskey@reedsmith.com

TRACY G. WEISS tweiss@reedsmith.com, cshayka@reedsmith.com

Nathaniel Metz nmetz@saul.com

James D. Barger jbarger@awkolaw.com

Marcella Coladangelo Ducca duccam@gtlaw.com

Jennifer L. Schuster jschuster@woodmclaw.com

AMY S. KLINE akline@saul.com

**PAE/2:13-cv-01683 Notice will not be electronically mailed to:**

**MOW/4:13-cv-00158 Notice has been electronically mailed to:**

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

THOMAS P. CARTMELL tcartmell@wcllp.com, m.goldwasser@wcllp.com

Jeffrey M. Kuntz jkuntz@wcllp.com, nmanzo@wcllp.com

Jennifer L. Schuster jschuster@woodmclaw.com

Robert A. Henderson rhenderson@polsinelli.com

Miriam Bailey mbailey@polsinelli.com

**MOW/4:13-cv-00158 Notice will not be electronically mailed to:**

**TXS/4:13-cv-01506 Notice has been electronically mailed to:**

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

Erin K. Copeland ecopeland@fhl-law.com

**TXS/4:13-cv-01506 Notice will not be electronically mailed to:**

**MSN/3:13-cv-00138 Notice has been electronically mailed to:**

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

Mark W Davis markdavis@daviscrump.com

Martin Daniel Crump martincrump@davisandfeder.com, latrisha.crump@daviscrump.com

**MSN/3:13-cv-00138 Notice will not be electronically mailed to:**

Cook Biotech, Inc.
1425 Innovation Place
West Lafayette, IN 47906

Cook Group, Inc.
759 N. Daniels Way
Bloomington, IN 47404-9120

Cook Ireland, Ltd.
National Technology Park
OHalloran Road
Limerick Ireland,
Ireland

Cook Medical, Inc.
1025 W. Acuff Road
Bloomington, IN 47402-4195

Cook, Inc.
759 N. Daniels Way
Bloomington, IN 47202-0489

William A. Cook Australia Pty., Ltd.
Brisbane Technology Park
95 Brandle Street Eight Miles Plains
Brisbane, QLD, 4113

**FLN/3:13-cv-00123 Notice has been electronically mailed to:**

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

DOUGLASS ALAN KREIS dkreis@awkolaw.com, athane@awkolaw.com, cbrumfield@awkolaw.com, dkreis@aws-law.com

Sarah A Long slong@mtwlegal.com

David J. Walz dwalz@carltonfields.com

Edward W. Gerecke egerecke@carltonfields.com

FRANCIS M MCDONALD, JR fmcdonald@mtwlegal.com, fmcdonald@carltonfields.com

**FLN/3:13-cv-00123 Notice will not be electronically mailed to:**

**MSN/3:13-cv-00139 Notice has been electronically mailed to:**

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

Mark W Davis markdavis@daviscrump.com

**MSN/3:13-cv-00139 Notice will not be electronically mailed to:**

Cook Biotech, Inc.
1425 Innovation Place
West Lafayette, IN 47906

Cook Group, Inc.
759 N. Daniels Way
Bloomington, IN 47404-9120

Cook Ireland, Ltd.
National Technology Park
OHalloran Road
Limerick Ireland,
Ireland

Cook Medical, Inc.
1025 W. Acuff Road
Bloomington, IN 47402-4195

Cook, Inc.
759 N. Daniels Way
Bloomington, IN 47202-0489

William A. Cook Australia Pty., Ltd.
Brisbane Technology Park
95 Brandle Street Eight Miles Plains
Brisbane, QLD, 4113

**GAN/1:13-cv-01614 Notice has been electronically mailed to:**

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

Ivan Andrew Gustafson IAGustafson@ewhlaw.com

Marcella Coladangelo Ducca duccam@gtlaw.com

Theresa Ann Karem Brown Read tk@tkread.com

**GAN/1:13-cv-01614 Notice will not be electronically mailed to:**

**KS/5:13-cv-04054 Notice has been electronically mailed to:**

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

Rodney C Olsen olsen@mfoilaw.com

**KS/5:13-cv-04054 Notice will not be electronically mailed to:**

**FLM/6:13-cv-00535 Notice has been electronically mailed to:**

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

DOUGLASS ALAN KREIS dkreis@awkolaw.com, athane@awkolaw.com, cbrumfield@awkolaw.com, dkreis@aws-law.com

Sarah Anne Long slong@mtwlegal.com

FRANCIS M MCDONALD, JR fmcdonald@mtwlegal.com, fmcdonald@carltonfields.com

**FLM/6:13-cv-00535 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=6/25/2013] [FileNumber=385214-0]

[825bad83fee2852c78c7ccd9584aa90681b4a41504cf95fa3ce0a041d2a81fe96463e
eb3ef425e43fc5d3e19e92c423f8ceebea5c295dc3ca026f42e00d7f55f]]