# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: COOK MEDICAL, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2440

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −5)

On June 11, 2013, the Panel transferred 8 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* ___F.Supp.2d___ (J.P.M.L. 2013). Since that time, 27 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of June 11, 2013, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jul 31, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: COOK MEDICAL, INC., PELVIC REPAIR**
**SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2440

## SCHEDULE CTO−5 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ARIZONA | | | |
| AZ | 3 | 13−08185 | Ralston et al v. Cook Group Incorporated et al |
| CALIFORNIA SOUTHERN | | | |
| CAS | 3 | 13−01637 | Nichols et al v. Cook Medical, Inc. et al |
| INDIANA SOUTHERN | | | |
| INS | 1 | 13−01107 | HOYLE v. COOK GROUP, INC. et al |
| IOWA NORTHERN | | | |
| IAN | 1 | 13−00068 | Abarr v. Cook, Inc et al |
| KANSAS | | | |
| KS | 2 | 13−02341 | Latavitz v. Cook Group, Inc. et al |
| KS | 2 | 13−02342 | Perez v. Cook Group, Inc. et al |
| KS | 2 | 13−02343 | Jones et al v. Cook Group, Inc. et al |
| KS | 2 | 13−02346 | Benson v. Cook Group, Inc. et al |
| KS | 2 | 13−02347 | Guzman v. Cook Group, Inc. et al |
| MISSOURI EASTERN | | | |
| MOE | 4 | 13−01298 | Johnston v. Cook Inc. et al |
| MOE | 4 | 13−01310 | Crain v. Cook Inc. et al |
| MOE | 4 | 13−01347 | Gallagher v. Cook Inc. et al |
| MISSOURI WESTERN | | | |
| MOW | 4 | 13−00695 | Christian et al v. Cook Group, Incorporated et al |
| MOW | 4 | 13−00696 | Davis et al v. Cook Group, Incorporated et al |
| MOW | 4 | 13−00697 | Racca et al v. Cook Group, Incorporated et al |
| MOW | 4 | 13−00698 | Rando et al v. Cook Group, Incorporated et al |

Activity in Case MDL No. 2440 IN RE: Cook Medical, Inc., Pelvic Repair System Products Liability
Litigation CTO Final Minute Order (Clerks)
JPMLCMECF
to:
JPMLCMDECF
07/31/2013 08:27 AM
Show Details

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to
this e-mail because the mail box is unattended.

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 7/31/2013 at 8:27 AM EDT and filed on 7/31/2013
**Case Name:**  IN RE: Cook Medical, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**  MDL No. 2440
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized
on 7/31/13. Please see pleading (4 in AZ/3:13-cv-08185, 4 in CAS/3:13-cv-01637, 4 in
IAN/1:13-cv-00068, 4 in INS/1:13-cv-01107, 4 in KS/2:13-cv-02341, 4 in KS/2:13-cv-02342,
4 in KS/2:13-cv-02343, 4 in KS/2:13-cv-02346, 4 in KS/2:13-cv-02347, [71] in MDL No.
2440, 4 in MOE/4:13-cv-01298, 3 in MOE/4:13-cv-01310, 4 in MOE/4:13-cv-01347, 4 in
MOW/4:13-cv-00695, 4 in MOW/4:13-cv-00696, 4 in MOW/4:13-cv-00697, 4 in MOW/4:13-
cv-00698, 4 in MOW/4:13-cv-00699, 4 in MOW/4:13-cv-00700, 4 in MOW/4:13-cv-00701, 4
in MOW/4:13-cv-00704, 4 in OHS/1:13-cv-00470, 4 in TXN/3:13-cv-02705, 4 in TXW/5:13-
cv-00628).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party
an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia for
filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk
transmit a certified copy of the Panel order to transfer to the clerk of the district court
from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.**

**Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-
00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343,**

**KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)**

Case Name:         Abarr v. Cook, Inc et al
Case Number:       IAN/1:13-cv-00068
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 7/31/13. Please see pleading (4 in AZ/3:13-cv-08185, 4 in CAS/3:13-cv-01637, 4 in IAN/1:13-cv-00068, 4 in INS/1:13-cv-01107, 4 in KS/2:13-cv-02341, 4 in KS/2:13-cv-02342, 4 in KS/2:13-cv-02343, 4 in KS/2:13-cv-02346, 4 in KS/2:13-cv-02347, [71] in MDL No. 2440, 4 in MOE/4:13-cv-01298, 3 in MOE/4:13-cv-01310, 4 in MOE/4:13-cv-01347, 4 in MOW/4:13-cv-00695, 4 in MOW/4:13-cv-00696, 4 in MOW/4:13-cv-00697, 4 in MOW/4:13-cv-00698, 4 in MOW/4:13-cv-00699, 4 in MOW/4:13-cv-00700, 4 in MOW/4:13-cv-00701, 4 in MOW/4:13-cv-00704, 4 in OHS/1:13-cv-00470, 4 in TXN/3:13-cv-02705, 4 in TXW/5:13-cv-00628).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.**

**Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)**

Case Name:         Johnston v. Cook Inc. et al
Case Number:       MOE/4:13-cv-01298
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 7/31/13. Please see pleading (4 in AZ/3:13-cv-08185, 4 in CAS/3:13-cv-01637, 4 in IAN/1:13-cv-00068, 4 in INS/1:13-cv-01107, 4 in KS/2:13-cv-02341, 4 in KS/2:13-cv-02342, 4 in KS/2:13-cv-02343, 4 in KS/2:13-cv-02346, 4 in KS/2:13-cv-02347, [71] in MDL No. 2440, 4 in MOE/4:13-cv-01298, 3 in MOE/4:13-cv-01310, 4 in MOE/4:13-cv-01347, 4 in MOW/4:13-cv-00695, 4 in MOW/4:13-cv-00696, 4 in MOW/4:13-cv-00697, 4 in MOW/4:13-cv-00698, 4 in MOW/4:13-cv-00699, 4 in MOW/4:13-cv-00700, 4 in MOW/4:13-cv-00701, 4 in MOW/4:13-cv-00704, 4 in OHS/1:13-cv-00470, 4 in TXN/3:13-cv-02705, 4 in TXW/5:13-cv-00628).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.**

**Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)**

**Case Name:**      Davis et al v. Cook Group, Incorporated et al
**Case Number:**    MOW/4:13-cv-00696
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 7/31/13. Please see pleading (4 in AZ/3:13-cv-08185, 4 in CAS/3:13-cv-01637, 4 in IAN/1:13-cv-00068, 4 in INS/1:13-cv-01107, 4 in KS/2:13-cv-02341, 4 in KS/2:13-cv-02342, 4 in KS/2:13-cv-02343, 4 in KS/2:13-cv-02346, 4 in KS/2:13-cv-02347, [71] in MDL No. 2440, 4 in MOE/4:13-cv-01298, 3 in MOE/4:13-cv-01310, 4 in MOE/4:13-cv-01347, 4 in MOW/4:13-cv-00695, 4 in MOW/4:13-cv-00696, 4 in MOW/4:13-cv-00697, 4 in MOW/4:13-cv-00698, 4 in MOW/4:13-cv-00699, 4 in MOW/4:13-cv-00700, 4 in MOW/4:13-cv-00701, 4 in MOW/4:13-cv-00704, 4 in OHS/1:13-cv-00470, 4 in TXN/3:13-cv-02705, 4 in TXW/5:13-cv-00628).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.

Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)

| | |
|---|---|
| **Case Name:** | Jones et al v. Cook Group, Inc. et al |
| **Case Number:** | KS/2:13-cv-02343 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 7/31/13. Please see pleading (4 in AZ/3:13-cv-08185, 4 in CAS/3:13-cv-01637, 4 in IAN/1:13-cv-00068, 4 in INS/1:13-cv-01107, 4 in KS/2:13-cv-02341, 4 in KS/2:13-cv-02342, 4 in KS/2:13-cv-02343, 4 in KS/2:13-cv-02346, 4 in KS/2:13-cv-02347, [71] in MDL No. 2440, 4 in MOE/4:13-cv-01298, 3 in MOE/4:13-cv-01310, 4 in MOE/4:13-cv-01347, 4 in MOW/4:13-cv-00695, 4 in MOW/4:13-cv-00696, 4 in MOW/4:13-cv-00697, 4 in MOW/4:13-cv-00698, 4 in MOW/4:13-cv-00699, 4 in MOW/4:13-cv-00700, 4 in MOW/4:13-cv-00701, 4 in MOW/4:13-cv-00704, 4 in OHS/1:13-cv-00470, 4 in TXN/3:13-cv-02705, 4 in TXW/5:13-cv-00628).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.

Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-

00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)

| | |
|---|---|
| **Case Name:** | Rando et al v. Cook Group, Incorporated et al |
| **Case Number:** | MOW/4:13-cv-00698 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 7/31/13. Please see pleading (4 in AZ/3:13-cv-08185, 4 in CAS/3:13-cv-01637, 4 in IAN/1:13-cv-00068, 4 in INS/1:13-cv-01107, 4 in KS/2:13-cv-02341, 4 in KS/2:13-cv-02342, 4 in KS/2:13-cv-02343, 4 in KS/2:13-cv-02346, 4 in KS/2:13-cv-02347, [71] in MDL No. 2440, 4 in MOE/4:13-cv-01298, 3 in MOE/4:13-cv-01310, 4 in MOE/4:13-cv-01347, 4 in MOW/4:13-cv-00695, 4 in MOW/4:13-cv-00696, 4 in MOW/4:13-cv-00697, 4 in MOW/4:13-cv-00698, 4 in MOW/4:13-cv-00699, 4 in MOW/4:13-cv-00700, 4 in MOW/4:13-cv-00701, 4 in MOW/4:13-cv-00704, 4 in OHS/1:13-cv-00470, 4 in TXN/3:13-cv-02705, 4 in TXW/5:13-cv-00628).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.**

**Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)**

| | |
|---|---|
| **Case Name:** | Benson v. Cook Group, Inc. et al |
| **Case Number:** | KS/2:13-cv-02346 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 7/31/13. Please see pleading (4 in AZ/3:13-cv-08185, 4 in CAS/3:13-cv-01637, 4 in**

IAN/1:13-cv-00068, 4 in INS/1:13-cv-01107, 4 in KS/2:13-cv-02341, 4 in KS/2:13-cv-02342, 4 in KS/2:13-cv-02343, 4 in KS/2:13-cv-02346, 4 in KS/2:13-cv-02347, [71] in MDL No. 2440, 4 in MOE/4:13-cv-01298, 3 in MOE/4:13-cv-01310, 4 in MOE/4:13-cv-01347, 4 in MOW/4:13-cv-00695, 4 in MOW/4:13-cv-00696, 4 in MOW/4:13-cv-00697, 4 in MOW/4:13-cv-00698, 4 in MOW/4:13-cv-00699, 4 in MOW/4:13-cv-00700, 4 in MOW/4:13-cv-00701, 4 in MOW/4:13-cv-00704, 4 in OHS/1:13-cv-00470, 4 in TXN/3:13-cv-02705, 4 in TXW/5:13-cv-00628).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.

Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)

| | |
|---|---|
| **Case Name:** | Smith et al v. Cook Group, Incorporated et al |
| **Case Number:** | MOW/4:13-cv-00699 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 7/31/13. Please see pleading (4 in AZ/3:13-cv-08185, 4 in CAS/3:13-cv-01637, 4 in IAN/1:13-cv-00068, 4 in INS/1:13-cv-01107, 4 in KS/2:13-cv-02341, 4 in KS/2:13-cv-02342, 4 in KS/2:13-cv-02343, 4 in KS/2:13-cv-02346, 4 in KS/2:13-cv-02347, [71] in MDL No. 2440, 4 in MOE/4:13-cv-01298, 3 in MOE/4:13-cv-01310, 4 in MOE/4:13-cv-01347, 4 in MOW/4:13-cv-00695, 4 in MOW/4:13-cv-00696, 4 in MOW/4:13-cv-00697, 4 in MOW/4:13-cv-00698, 4 in MOW/4:13-cv-00699, 4 in MOW/4:13-cv-00700, 4 in MOW/4:13-cv-00701, 4 in MOW/4:13-cv-00704, 4 in OHS/1:13-cv-00470, 4 in TXN/3:13-cv-02705, 4 in TXW/5:13-cv-00628).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is

directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.

Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)

| | |
|---|---|
| **Case Name:** | Nichols et al v. Cook Medical, Inc. et al |
| **Case Number:** | CAS/3:13-cv-01637 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 7/31/13. Please see pleading (4 in AZ/3:13-cv-08185, 4 in CAS/3:13-cv-01637, 4 in IAN/1:13-cv-00068, 4 in INS/1:13-cv-01107, 4 in KS/2:13-cv-02341, 4 in KS/2:13-cv-02342, 4 in KS/2:13-cv-02343, 4 in KS/2:13-cv-02346, 4 in KS/2:13-cv-02347, [71] in MDL No. 2440, 4 in MOE/4:13-cv-01298, 3 in MOE/4:13-cv-01310, 4 in MOE/4:13-cv-01347, 4 in MOW/4:13-cv-00695, 4 in MOW/4:13-cv-00696, 4 in MOW/4:13-cv-00697, 4 in MOW/4:13-cv-00698, 4 in MOW/4:13-cv-00699, 4 in MOW/4:13-cv-00700, 4 in MOW/4:13-cv-00701, 4 in MOW/4:13-cv-00704, 4 in OHS/1:13-cv-00470, 4 in TXN/3:13-cv-02705, 4 in TXW/5:13-cv-00628).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.

Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)

**Case Name:** Fortschneider et al v. Cook, Inc. et al
**Case Number:** OHS/1:13-cv-00470
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 7/31/13. Please see pleading (4 in AZ/3:13-cv-08185, 4 in CAS/3:13-cv-01637, 4 in IAN/1:13-cv-00068, 4 in INS/1:13-cv-01107, 4 in KS/2:13-cv-02341, 4 in KS/2:13-cv-02342, 4 in KS/2:13-cv-02343, 4 in KS/2:13-cv-02346, 4 in KS/2:13-cv-02347, [71] in MDL No. 2440, 4 in MOE/4:13-cv-01298, 3 in MOE/4:13-cv-01310, 4 in MOE/4:13-cv-01347, 4 in MOW/4:13-cv-00695, 4 in MOW/4:13-cv-00696, 4 in MOW/4:13-cv-00697, 4 in MOW/4:13-cv-00698, 4 in MOW/4:13-cv-00699, 4 in MOW/4:13-cv-00700, 4 in MOW/4:13-cv-00701, 4 in MOW/4:13-cv-00704, 4 in OHS/1:13-cv-00470, 4 in TXN/3:13-cv-02705, 4 in TXW/5:13-cv-00628).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.

Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)

**Case Name:** Perez v. Cook Group, Inc. et al
**Case Number:** KS/2:13-cv-02342
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 7/31/13. Please see pleading (4 in AZ/3:13-cv-08185, 4 in CAS/3:13-cv-01637, 4 in IAN/1:13-cv-00068, 4 in INS/1:13-cv-01107, 4 in KS/2:13-cv-02341, 4 in KS/2:13-cv-02342, 4 in KS/2:13-cv-02343, 4 in KS/2:13-cv-02346, 4 in KS/2:13-cv-02347, [71] in MDL No.

2440, 4 in MOE/4:13-cv-01298, 3 in MOE/4:13-cv-01310, 4 in MOE/4:13-cv-01347, 4 in MOW/4:13-cv-00695, 4 in MOW/4:13-cv-00696, 4 in MOW/4:13-cv-00697, 4 in MOW/4:13-cv-00698, 4 in MOW/4:13-cv-00699, 4 in MOW/4:13-cv-00700, 4 in MOW/4:13-cv-00701, 4 in MOW/4:13-cv-00704, 4 in OHS/1:13-cv-00470, 4 in TXN/3:13-cv-02705, 4 in TXW/5:13-cv-00628).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.

Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)

| | |
|---|---|
| **Case Name:** | Guzman v. Cook Group, Inc. et al |
| **Case Number:** | KS/2:13-cv-02347 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 7/31/13. Please see pleading (4 in AZ/3:13-cv-08185, 4 in CAS/3:13-cv-01637, 4 in IAN/1:13-cv-00068, 4 in INS/1:13-cv-01107, 4 in KS/2:13-cv-02341, 4 in KS/2:13-cv-02342, 4 in KS/2:13-cv-02343, 4 in KS/2:13-cv-02346, 4 in KS/2:13-cv-02347, [71] in MDL No. 2440, 4 in MOE/4:13-cv-01298, 3 in MOE/4:13-cv-01310, 4 in MOE/4:13-cv-01347, 4 in MOW/4:13-cv-00695, 4 in MOW/4:13-cv-00696, 4 in MOW/4:13-cv-00697, 4 in MOW/4:13-cv-00698, 4 in MOW/4:13-cv-00699, 4 in MOW/4:13-cv-00700, 4 in MOW/4:13-cv-00701, 4 in MOW/4:13-cv-00704, 4 in OHS/1:13-cv-00470, 4 in TXN/3:13-cv-02705, 4 in TXW/5:13-cv-00628).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk

transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.

Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)

| | |
|---|---|
| **Case Name:** | Ralston et al v. Cook Group Incorporated et al |
| **Case Number:** | AZ/3:13-cv-08185 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 7/31/13. Please see pleading (4 in AZ/3:13-cv-08185, 4 in CAS/3:13-cv-01637, 4 in IAN/1:13-cv-00068, 4 in INS/1:13-cv-01107, 4 in KS/2:13-cv-02341, 4 in KS/2:13-cv-02342, 4 in KS/2:13-cv-02343, 4 in KS/2:13-cv-02346, 4 in KS/2:13-cv-02347, [71] in MDL No. 2440, 4 in MOE/4:13-cv-01298, 3 in MOE/4:13-cv-01310, 4 in MOE/4:13-cv-01347, 4 in MOW/4:13-cv-00695, 4 in MOW/4:13-cv-00696, 4 in MOW/4:13-cv-00697, 4 in MOW/4:13-cv-00698, 4 in MOW/4:13-cv-00699, 4 in MOW/4:13-cv-00700, 4 in MOW/4:13-cv-00701, 4 in MOW/4:13-cv-00704, 4 in OHS/1:13-cv-00470, 4 in TXN/3:13-cv-02705, 4 in TXW/5:13-cv-00628).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.

Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)

| | |
|---|---|
| **Case Name:** | Miller et al v. Cook Group, Incorporated et al |

**Case Number:** MOW/4:13-cv-00701
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 7/31/13. Please see pleading (4 in AZ/3:13-cv-08185, 4 in CAS/3:13-cv-01637, 4 in IAN/1:13-cv-00068, 4 in INS/1:13-cv-01107, 4 in KS/2:13-cv-02341, 4 in KS/2:13-cv-02342, 4 in KS/2:13-cv-02343, 4 in KS/2:13-cv-02346, 4 in KS/2:13-cv-02347, [71] in MDL No. 2440, 4 in MOE/4:13-cv-01298, 3 in MOE/4:13-cv-01310, 4 in MOE/4:13-cv-01347, 4 in MOW/4:13-cv-00695, 4 in MOW/4:13-cv-00696, 4 in MOW/4:13-cv-00697, 4 in MOW/4:13-cv-00698, 4 in MOW/4:13-cv-00699, 4 in MOW/4:13-cv-00700, 4 in MOW/4:13-cv-00701, 4 in MOW/4:13-cv-00704, 4 in OHS/1:13-cv-00470, 4 in TXN/3:13-cv-02705, 4 in TXW/5:13-cv-00628).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.

Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)

**Case Name:** Crain v. Cook Inc. et al
**Case Number:** MOE/4:13-cv-01310
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 7/31/13. Please see pleading (4 in AZ/3:13-cv-08185, 4 in CAS/3:13-cv-01637, 4 in IAN/1:13-cv-00068, 4 in INS/1:13-cv-01107, 4 in KS/2:13-cv-02341, 4 in KS/2:13-cv-02342, 4 in KS/2:13-cv-02343, 4 in KS/2:13-cv-02346, 4 in KS/2:13-cv-02347, [71] in MDL No. 2440, 4 in MOE/4:13-cv-01298, 3 in MOE/4:13-cv-01310, 4 in MOE/4:13-cv-01347, 4 in

MOW/4:13-cv-00695, 4 in MOW/4:13-cv-00696, 4 in MOW/4:13-cv-00697, 4 in MOW/4:13-cv-00698, 4 in MOW/4:13-cv-00699, 4 in MOW/4:13-cv-00700, 4 in MOW/4:13-cv-00701, 4 in MOW/4:13-cv-00704, 4 in OHS/1:13-cv-00470, 4 in TXN/3:13-cv-02705, 4 in TXW/5:13-cv-00628).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.

Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)

| | |
|---|---|
| **Case Name:** | Grether et al v. Cook Group Inc et al |
| **Case Number:** | TXN/3:13-cv-02705 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 7/31/13. Please see pleading (4 in AZ/3:13-cv-08185, 4 in CAS/3:13-cv-01637, 4 in IAN/1:13-cv-00068, 4 in INS/1:13-cv-01107, 4 in KS/2:13-cv-02341, 4 in KS/2:13-cv-02342, 4 in KS/2:13-cv-02343, 4 in KS/2:13-cv-02346, 4 in KS/2:13-cv-02347, [71] in MDL No. 2440, 4 in MOE/4:13-cv-01298, 3 in MOE/4:13-cv-01310, 4 in MOE/4:13-cv-01347, 4 in MOW/4:13-cv-00695, 4 in MOW/4:13-cv-00696, 4 in MOW/4:13-cv-00697, 4 in MOW/4:13-cv-00698, 4 in MOW/4:13-cv-00699, 4 in MOW/4:13-cv-00700, 4 in MOW/4:13-cv-00701, 4 in MOW/4:13-cv-00704, 4 in OHS/1:13-cv-00470, 4 in TXN/3:13-cv-02705, 4 in TXW/5:13-cv-00628).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court

from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.

Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)

| | |
|---|---|
| **Case Name:** | Winsock et al v. Cook Group, Incorporated et al |
| **Case Number:** | MOW/4:13-cv-00700 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 7/31/13. Please see pleading (4 in AZ/3:13-cv-08185, 4 in CAS/3:13-cv-01637, 4 in IAN/1:13-cv-00068, 4 in INS/1:13-cv-01107, 4 in KS/2:13-cv-02341, 4 in KS/2:13-cv-02342, 4 in KS/2:13-cv-02343, 4 in KS/2:13-cv-02346, 4 in KS/2:13-cv-02347, [71] in MDL No. 2440, 4 in MOE/4:13-cv-01298, 3 in MOE/4:13-cv-01310, 4 in MOE/4:13-cv-01347, 4 in MOW/4:13-cv-00695, 4 in MOW/4:13-cv-00696, 4 in MOW/4:13-cv-00697, 4 in MOW/4:13-cv-00698, 4 in MOW/4:13-cv-00699, 4 in MOW/4:13-cv-00700, 4 in MOW/4:13-cv-00701, 4 in MOW/4:13-cv-00704, 4 in OHS/1:13-cv-00470, 4 in TXN/3:13-cv-02705, 4 in TXW/5:13-cv-00628).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.

Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)

| | |
|---|---|
| **Case Name:** | Christian et al v. Cook Group, Incorporated et al |

**Case Number:**     MOW/4:13-cv-00695
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 7/31/13. Please see pleading (4 in AZ/3:13-cv-08185, 4 in CAS/3:13-cv-01637, 4 in IAN/1:13-cv-00068, 4 in INS/1:13-cv-01107, 4 in KS/2:13-cv-02341, 4 in KS/2:13-cv-02342, 4 in KS/2:13-cv-02343, 4 in KS/2:13-cv-02346, 4 in KS/2:13-cv-02347, [71] in MDL No. 2440, 4 in MOE/4:13-cv-01298, 3 in MOE/4:13-cv-01310, 4 in MOE/4:13-cv-01347, 4 in MOW/4:13-cv-00695, 4 in MOW/4:13-cv-00696, 4 in MOW/4:13-cv-00697, 4 in MOW/4:13-cv-00698, 4 in MOW/4:13-cv-00699, 4 in MOW/4:13-cv-00700, 4 in MOW/4:13-cv-00701, 4 in MOW/4:13-cv-00704, 4 in OHS/1:13-cv-00470, 4 in TXN/3:13-cv-02705, 4 in TXW/5:13-cv-00628).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.

Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)

**Case Name:**     Latavitz v. Cook Group, Inc. et al
**Case Number:**     KS/2:13-cv-02341
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 7/31/13. Please see pleading (4 in AZ/3:13-cv-08185, 4 in CAS/3:13-cv-01637, 4 in IAN/1:13-cv-00068, 4 in INS/1:13-cv-01107, 4 in KS/2:13-cv-02341, 4 in KS/2:13-cv-02342, 4 in KS/2:13-cv-02343, 4 in KS/2:13-cv-02346, 4 in KS/2:13-cv-02347, [71] in MDL No. 2440, 4 in MOE/4:13-cv-01298, 3 in MOE/4:13-cv-01310, 4 in MOE/4:13-cv-01347, 4 in

MOW/4:13-cv-00695, 4 in MOW/4:13-cv-00696, 4 in MOW/4:13-cv-00697, 4 in MOW/4:13-cv-00698, 4 in MOW/4:13-cv-00699, 4 in MOW/4:13-cv-00700, 4 in MOW/4:13-cv-00701, 4 in MOW/4:13-cv-00704, 4 in OHS/1:13-cv-00470, 4 in TXN/3:13-cv-02705, 4 in TXW/5:13-cv-00628).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.

Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)

| | |
|---|---|
| **Case Name:** | Kindla v. Cook Group, Inc. et al |
| **Case Number:** | TXW/5:13-cv-00628 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 7/31/13. Please see pleading (4 in AZ/3:13-cv-08185, 4 in CAS/3:13-cv-01637, 4 in IAN/1:13-cv-00068, 4 in INS/1:13-cv-01107, 4 in KS/2:13-cv-02341, 4 in KS/2:13-cv-02342, 4 in KS/2:13-cv-02343, 4 in KS/2:13-cv-02346, 4 in KS/2:13-cv-02347, [71] in MDL No. 2440, 4 in MOE/4:13-cv-01298, 3 in MOE/4:13-cv-01310, 4 in MOE/4:13-cv-01347, 4 in MOW/4:13-cv-00695, 4 in MOW/4:13-cv-00696, 4 in MOW/4:13-cv-00697, 4 in MOW/4:13-cv-00698, 4 in MOW/4:13-cv-00699, 4 in MOW/4:13-cv-00700, 4 in MOW/4:13-cv-00701, 4 in MOW/4:13-cv-00704, 4 in OHS/1:13-cv-00470, 4 in TXN/3:13-cv-02705, 4 in TXW/5:13-cv-00628).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court

from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.

Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)

| | |
|---|---|
| **Case Name:** | Gallagher v. Cook Inc. et al |
| **Case Number:** | MOE/4:13-cv-01347 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
<span style="color:red">***TEXT ONLY ENTRY***</span>

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 7/31/13. Please see pleading (4 in AZ/3:13-cv-08185, 4 in CAS/3:13-cv-01637, 4 in IAN/1:13-cv-00068, 4 in INS/1:13-cv-01107, 4 in KS/2:13-cv-02341, 4 in KS/2:13-cv-02342, 4 in KS/2:13-cv-02343, 4 in KS/2:13-cv-02346, 4 in KS/2:13-cv-02347, [71] in MDL No. 2440, 4 in MOE/4:13-cv-01298, 3 in MOE/4:13-cv-01310, 4 in MOE/4:13-cv-01347, 4 in MOW/4:13-cv-00695, 4 in MOW/4:13-cv-00696, 4 in MOW/4:13-cv-00697, 4 in MOW/4:13-cv-00698, 4 in MOW/4:13-cv-00699, 4 in MOW/4:13-cv-00700, 4 in MOW/4:13-cv-00701, 4 in MOW/4:13-cv-00704, 4 in OHS/1:13-cv-00470, 4 in TXN/3:13-cv-02705, 4 in TXW/5:13-cv-00628).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.

Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)

| | |
|---|---|
| **Case Name:** | HOYLE v. COOK GROUP, INC. et al |

**Case Number:**     INS/1:13-cv-01107
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 7/31/13. Please see pleading (4 in AZ/3:13-cv-08185, 4 in CAS/3:13-cv-01637, 4 in IAN/1:13-cv-00068, 4 in INS/1:13-cv-01107, 4 in KS/2:13-cv-02341, 4 in KS/2:13-cv-02342, 4 in KS/2:13-cv-02343, 4 in KS/2:13-cv-02346, 4 in KS/2:13-cv-02347, [71] in MDL No. 2440, 4 in MOE/4:13-cv-01298, 3 in MOE/4:13-cv-01310, 4 in MOE/4:13-cv-01347, 4 in MOW/4:13-cv-00695, 4 in MOW/4:13-cv-00696, 4 in MOW/4:13-cv-00697, 4 in MOW/4:13-cv-00698, 4 in MOW/4:13-cv-00699, 4 in MOW/4:13-cv-00700, 4 in MOW/4:13-cv-00701, 4 in MOW/4:13-cv-00704, 4 in OHS/1:13-cv-00470, 4 in TXN/3:13-cv-02705, 4 in TXW/5:13-cv-00628).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.

Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)

**Case Name:**      Cantrell et al v. Cook Group, Incorporated et al
**Case Number:**     MOW/4:13-cv-00704
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 7/31/13. Please see pleading (4 in AZ/3:13-cv-08185, 4 in CAS/3:13-cv-01637, 4 in IAN/1:13-cv-00068, 4 in INS/1:13-cv-01107, 4 in KS/2:13-cv-02341, 4 in KS/2:13-cv-02342, 4 in KS/2:13-cv-02343, 4 in KS/2:13-cv-02346, 4 in KS/2:13-cv-02347, [71] in MDL No. 2440, 4 in MOE/4:13-cv-01298, 3 in MOE/4:13-cv-01310, 4 in MOE/4:13-cv-01347, 4 in

MOW/4:13-cv-00695, 4 in MOW/4:13-cv-00696, 4 in MOW/4:13-cv-00697, 4 in MOW/4:13-cv-00698, 4 in MOW/4:13-cv-00699, 4 in MOW/4:13-cv-00700, 4 in MOW/4:13-cv-00701, 4 in MOW/4:13-cv-00704, 4 in OHS/1:13-cv-00470, 4 in TXN/3:13-cv-02705, 4 in TXW/5:13-cv-00628).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.

Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)

Case Name:         Racca et al v. Cook Group, Incorporated et al
Case Number:       MOW/4:13-cv-00697
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 7/31/13. Please see pleading (4 in AZ/3:13-cv-08185, 4 in CAS/3:13-cv-01637, 4 in IAN/1:13-cv-00068, 4 in INS/1:13-cv-01107, 4 in KS/2:13-cv-02341, 4 in KS/2:13-cv-02342, 4 in KS/2:13-cv-02343, 4 in KS/2:13-cv-02346, 4 in KS/2:13-cv-02347, [71] in MDL No. 2440, 4 in MOE/4:13-cv-01298, 3 in MOE/4:13-cv-01310, 4 in MOE/4:13-cv-01347, 4 in MOW/4:13-cv-00695, 4 in MOW/4:13-cv-00696, 4 in MOW/4:13-cv-00697, 4 in MOW/4:13-cv-00698, 4 in MOW/4:13-cv-00699, 4 in MOW/4:13-cv-00700, 4 in MOW/4:13-cv-00701, 4 in MOW/4:13-cv-00704, 4 in OHS/1:13-cv-00470, 4 in TXN/3:13-cv-02705, 4 in TXW/5:13-cv-00628).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court

from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.

Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)

No public notice (electronic or otherwise) sent because the entry is private

| MOW | 4 | 13−00699 | Smith et al v. Cook Group, Incorporated et al |
| MOW | 4 | 13−00700 | Winsock et al v. Cook Group, Incorporated et al |
| MOW | 4 | 13−00701 | Miller et al v. Cook Group, Incorporated et al |
| MOW | 4 | 13−00704 | Cantrell et al v. Cook Group, Incorporated et al |

OHIO SOUTHERN

| OHS | 1 | 13−00470 | Fortschneider et al v. Cook, Inc. et al |

TEXAS NORTHERN

| TXN | 3 | 13−02705 | Grether et al v. Cook Group Inc et al |

TEXAS WESTERN

| TXW | 5 | 13−00628 | Kindla v. Cook Group, Inc. et al |

Activity in Case MDL No. 2440 IN RE: Cook Medical, Inc., Pelvic Repair System Products Liability Litigation Conditional Transfer Order Finalized
JPMLCMECF
to:
JPMLCMDECF
07/31/2013 08:26 AM
Show Details

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States**

**United States Judicial Panel on Multidistrict Litigation**

**Notice of Electronic Filing**

The following transaction was entered on 7/31/2013 at 8:23 AM EDT and filed on 7/31/2013
**Case Name:**          IN RE: Cook Medical, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**        MDL No. 2440
**Filer:**
**Document Number:** 71

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 23 action(s)** *re: pldg. (2 in AZ/3:13-cv-08185, 2 in CAS/3:13-cv-01637, 2 in IAN/1:13-cv-00068, 2 in INS/1:13-cv-01107, 2 in KS/2:13-cv-02341, 2 in KS/2:13-cv-02342, 2 in KS/2:13-cv-02343, 2 in KS/2:13-cv-02346, 2 in KS/2:13-cv-02347, [68] in MDL No. 2440, 2 in MOE/4:13-cv-01298, 1 in MOE/4:13-cv-01310, 2 in MOE/4:13-cv-01347, 2 in MOW/4:13-cv-00695, 2 in MOW/4:13-cv-00696, 2 in MOW/4:13-cv-00697, 2 in MOW/4:13-cv-00698, 2 in MOW/4:13-cv-00699, 2 in MOW/4:13-cv-00700, 2 in MOW/4:13-cv-00701, 2 in MOW/4:13-cv-00704, 2 in OHS/1:13-cv-00470, 2 in TXN/3:13-cv-02705, 2 in TXW/5:13-cv-00628)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.**

**Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)**

**Case Name:**          Abarr v. Cook, Inc et al

**Case Number:**      IAN/1:13-cv-00068
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 23 action(s)** *re: pldg. (2 in AZ/3:13-cv-08185, 2 in CAS/3:13-cv-01637, 2 in IAN/1:13-cv-00068, 2 in INS/1:13-cv-01107, 2 in KS/2:13-cv-02341, 2 in KS/2:13-cv-02342, 2 in KS/2:13-cv-02343, 2 in KS/2:13-cv-02346, 2 in KS/2:13-cv-02347, [68] in MDL No. 2440, 2 in MOE/4:13-cv-01298, 1 in MOE/4:13-cv-01310, 2 in MOE/4:13-cv-01347, 2 in MOW/4:13-cv-00695, 2 in MOW/4:13-cv-00696, 2 in MOW/4:13-cv-00697, 2 in MOW/4:13-cv-00698, 2 in MOW/4:13-cv-00699, 2 in MOW/4:13-cv-00700, 2 in MOW/4:13-cv-00701, 2 in MOW/4:13-cv-00704, 2 in OHS/1:13-cv-00470, 2 in TXN/3:13-cv-02705, 2 in TXW/5:13-cv-00628)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.**

**Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)**

**Case Name:**      Johnston v. Cook Inc. et al
**Case Number:**      MOE/4:13-cv-01298
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 23 action(s)** *re: pldg. (2 in AZ/3:13-cv-08185, 2 in CAS/3:13-cv-01637, 2 in IAN/1:13-cv-00068, 2 in INS/1:13-cv-01107, 2 in KS/2:13-cv-02341, 2 in KS/2:13-cv-02342, 2 in KS/2:13-cv-02343, 2 in KS/2:13-cv-02346, 2 in KS/2:13-cv-02347, [68] in MDL No. 2440, 2 in MOE/4:13-cv-01298, 1 in MOE/4:13-cv-01310, 2 in MOE/4:13-cv-01347, 2 in MOW/4:13-cv-00695, 2 in MOW/4:13-cv-00696, 2 in MOW/4:13-cv-00697, 2 in MOW/4:13-cv-00698, 2 in MOW/4:13-cv-00699, 2 in MOW/4:13-cv-00700, 2 in MOW/4:13-cv-00701, 2 in MOW/4:13-cv-00704, 2 in OHS/1:13-cv-00470, 2 in TXN/3:13-cv-02705, 2 in TXW/5:13-cv-00628)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.**

**Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)**

**Case Name:**      Davis et al v. Cook Group, Incorporated et al

**Case Number:**       MOW/4:13-cv-00696
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 23 action(s)** *re: pldg. (2 in AZ/3:13-cv-08185, 2 in CAS/3:13-cv-01637, 2 in IAN/1:13-cv-00068, 2 in INS/1:13-cv-01107, 2 in KS/2:13-cv-02341, 2 in KS/2:13-cv-02342, 2 in KS/2:13-cv-02343, 2 in KS/2:13-cv-02346, 2 in KS/2:13-cv-02347, [68] in MDL No. 2440, 2 in MOE/4:13-cv-01298, 1 in MOE/4:13-cv-01310, 2 in MOE/4:13-cv-01347, 2 in MOW/4:13-cv-00695, 2 in MOW/4:13-cv-00696, 2 in MOW/4:13-cv-00697, 2 in MOW/4:13-cv-00698, 2 in MOW/4:13-cv-00699, 2 in MOW/4:13-cv-00700, 2 in MOW/4:13-cv-00701, 2 in MOW/4:13-cv-00704, 2 in OHS/1:13-cv-00470, 2 in TXN/3:13-cv-02705, 2 in TXW/5:13-cv-00628)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.**

**Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)**

**Case Name:**       Jones et al v. Cook Group, Inc. et al
**Case Number:**       KS/2:13-cv-02343
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 23 action(s)** *re: pldg. (2 in AZ/3:13-cv-08185, 2 in CAS/3:13-cv-01637, 2 in IAN/1:13-cv-00068, 2 in INS/1:13-cv-01107, 2 in KS/2:13-cv-02341, 2 in KS/2:13-cv-02342, 2 in KS/2:13-cv-02343, 2 in KS/2:13-cv-02346, 2 in KS/2:13-cv-02347, [68] in MDL No. 2440, 2 in MOE/4:13-cv-01298, 1 in MOE/4:13-cv-01310, 2 in MOE/4:13-cv-01347, 2 in MOW/4:13-cv-00695, 2 in MOW/4:13-cv-00696, 2 in MOW/4:13-cv-00697, 2 in MOW/4:13-cv-00698, 2 in MOW/4:13-cv-00699, 2 in MOW/4:13-cv-00700, 2 in MOW/4:13-cv-00701, 2 in MOW/4:13-cv-00704, 2 in OHS/1:13-cv-00470, 2 in TXN/3:13-cv-02705, 2 in TXW/5:13-cv-00628)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.**

**Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)**

**Case Name:**       Rando et al v. Cook Group, Incorporated et al

**Case Number:**    MOW/4:13-cv-00698
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 23 action(s) *re: pldg. (2 in
AZ/3:13-cv-08185, 2 in CAS/3:13-cv-01637, 2 in IAN/1:13-cv-00068, 2 in INS/1:13-cv-01107,
2 in KS/2:13-cv-02341, 2 in KS/2:13-cv-02342, 2 in KS/2:13-cv-02343, 2 in KS/2:13-cv-
02346, 2 in KS/2:13-cv-02347, [68] in MDL No. 2440, 2 in MOE/4:13-cv-01298, 1 in
MOE/4:13-cv-01310, 2 in MOE/4:13-cv-01347, 2 in MOW/4:13-cv-00695, 2 in MOW/4:13-cv-
00696, 2 in MOW/4:13-cv-00697, 2 in MOW/4:13-cv-00698, 2 in MOW/4:13-cv-00699, 2 in
MOW/4:13-cv-00700, 2 in MOW/4:13-cv-00701, 2 in MOW/4:13-cv-00704, 2 in OHS/1:13-cv-
00470, 2 in TXN/3:13-cv-02705, 2 in TXW/5:13-cv-00628)* Inasmuch as no objection is
pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.**

**Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-
00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343,
KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-
cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-
00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-
00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)**

**Case Name:**    Benson v. Cook Group, Inc. et al
**Case Number:**    KS/2:13-cv-02346
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 23 action(s) *re: pldg. (2 in
AZ/3:13-cv-08185, 2 in CAS/3:13-cv-01637, 2 in IAN/1:13-cv-00068, 2 in INS/1:13-cv-01107,
2 in KS/2:13-cv-02341, 2 in KS/2:13-cv-02342, 2 in KS/2:13-cv-02343, 2 in KS/2:13-cv-
02346, 2 in KS/2:13-cv-02347, [68] in MDL No. 2440, 2 in MOE/4:13-cv-01298, 1 in
MOE/4:13-cv-01310, 2 in MOE/4:13-cv-01347, 2 in MOW/4:13-cv-00695, 2 in MOW/4:13-cv-
00696, 2 in MOW/4:13-cv-00697, 2 in MOW/4:13-cv-00698, 2 in MOW/4:13-cv-00699, 2 in
MOW/4:13-cv-00700, 2 in MOW/4:13-cv-00701, 2 in MOW/4:13-cv-00704, 2 in OHS/1:13-cv-
00470, 2 in TXN/3:13-cv-02705, 2 in TXW/5:13-cv-00628)* Inasmuch as no objection is
pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.**

**Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-
00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343,
KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-
cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-
00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-
00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)**

**Case Name:**    Smith et al v. Cook Group, Incorporated et al

**Case Number:**   MOW/4:13-cv-00699
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 23 action(s)** *re: pldg. (2 in AZ/3:13-cv-08185, 2 in CAS/3:13-cv-01637, 2 in IAN/1:13-cv-00068, 2 in INS/1:13-cv-01107, 2 in KS/2:13-cv-02341, 2 in KS/2:13-cv-02342, 2 in KS/2:13-cv-02343, 2 in KS/2:13-cv-02346, 2 in KS/2:13-cv-02347, [68] in MDL No. 2440, 2 in MOE/4:13-cv-01298, 1 in MOE/4:13-cv-01310, 2 in MOE/4:13-cv-01347, 2 in MOW/4:13-cv-00695, 2 in MOW/4:13-cv-00696, 2 in MOW/4:13-cv-00697, 2 in MOW/4:13-cv-00698, 2 in MOW/4:13-cv-00699, 2 in MOW/4:13-cv-00700, 2 in MOW/4:13-cv-00701, 2 in MOW/4:13-cv-00704, 2 in OHS/1:13-cv-00470, 2 in TXN/3:13-cv-02705, 2 in TXW/5:13-cv-00628)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.**

**Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)**

**Case Name:**   Nichols et al v. Cook Medical, Inc. et al
**Case Number:**   CAS/3:13-cv-01637
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 23 action(s)** *re: pldg. (2 in AZ/3:13-cv-08185, 2 in CAS/3:13-cv-01637, 2 in IAN/1:13-cv-00068, 2 in INS/1:13-cv-01107, 2 in KS/2:13-cv-02341, 2 in KS/2:13-cv-02342, 2 in KS/2:13-cv-02343, 2 in KS/2:13-cv-02346, 2 in KS/2:13-cv-02347, [68] in MDL No. 2440, 2 in MOE/4:13-cv-01298, 1 in MOE/4:13-cv-01310, 2 in MOE/4:13-cv-01347, 2 in MOW/4:13-cv-00695, 2 in MOW/4:13-cv-00696, 2 in MOW/4:13-cv-00697, 2 in MOW/4:13-cv-00698, 2 in MOW/4:13-cv-00699, 2 in MOW/4:13-cv-00700, 2 in MOW/4:13-cv-00701, 2 in MOW/4:13-cv-00704, 2 in OHS/1:13-cv-00470, 2 in TXN/3:13-cv-02705, 2 in TXW/5:13-cv-00628)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.**

**Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)**

**Case Name:**   Fortschneider et al v. Cook, Inc. et al

**Case Number:**     OHS/1:13-cv-00470
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 23 action(s)** *re: pldg. (2 in*
*AZ/3:13-cv-08185, 2 in CAS/3:13-cv-01637, 2 in IAN/1:13-cv-00068, 2 in INS/1:13-cv-01107,*
*2 in KS/2:13-cv-02341, 2 in KS/2:13-cv-02342, 2 in KS/2:13-cv-02343, 2 in KS/2:13-cv-*
*02346, 2 in KS/2:13-cv-02347, [68] in MDL No. 2440, 2 in MOE/4:13-cv-01298, 1 in*
*MOE/4:13-cv-01310, 2 in MOE/4:13-cv-01347, 2 in MOW/4:13-cv-00695, 2 in MOW/4:13-cv-*
*00696, 2 in MOW/4:13-cv-00697, 2 in MOW/4:13-cv-00698, 2 in MOW/4:13-cv-00699, 2 in*
*MOW/4:13-cv-00700, 2 in MOW/4:13-cv-00701, 2 in MOW/4:13-cv-00704, 2 in OHS/1:13-cv-*
*00470, 2 in TXN/3:13-cv-02705, 2 in TXW/5:13-cv-00628)* **Inasmuch as no objection is**
**pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.**

**Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-
00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343,
KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-
cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-
00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-
00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)**

**Case Name:**     Perez v. Cook Group, Inc. et al
**Case Number:**     KS/2:13-cv-02342
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 23 action(s)** *re: pldg. (2 in*
*AZ/3:13-cv-08185, 2 in CAS/3:13-cv-01637, 2 in IAN/1:13-cv-00068, 2 in INS/1:13-cv-01107,*
*2 in KS/2:13-cv-02341, 2 in KS/2:13-cv-02342, 2 in KS/2:13-cv-02343, 2 in KS/2:13-cv-*
*02346, 2 in KS/2:13-cv-02347, [68] in MDL No. 2440, 2 in MOE/4:13-cv-01298, 1 in*
*MOE/4:13-cv-01310, 2 in MOE/4:13-cv-01347, 2 in MOW/4:13-cv-00695, 2 in MOW/4:13-cv-*
*00696, 2 in MOW/4:13-cv-00697, 2 in MOW/4:13-cv-00698, 2 in MOW/4:13-cv-00699, 2 in*
*MOW/4:13-cv-00700, 2 in MOW/4:13-cv-00701, 2 in MOW/4:13-cv-00704, 2 in OHS/1:13-cv-*
*00470, 2 in TXN/3:13-cv-02705, 2 in TXW/5:13-cv-00628)* **Inasmuch as no objection is**
**pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.**

**Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-
00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343,
KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-
cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-
00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-
00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)**

**Case Name:**     Guzman v. Cook Group, Inc. et al

**Case Number:**      KS/2:13-cv-02347
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 23 action(s)** *re: pldg. (2 in AZ/3:13-cv-08185, 2 in CAS/3:13-cv-01637, 2 in IAN/1:13-cv-00068, 2 in INS/1:13-cv-01107, 2 in KS/2:13-cv-02341, 2 in KS/2:13-cv-02342, 2 in KS/2:13-cv-02343, 2 in KS/2:13-cv-02346, 2 in KS/2:13-cv-02347, [68] in MDL No. 2440, 2 in MOE/4:13-cv-01298, 1 in MOE/4:13-cv-01310, 2 in MOE/4:13-cv-01347, 2 in MOW/4:13-cv-00695, 2 in MOW/4:13-cv-00696, 2 in MOW/4:13-cv-00697, 2 in MOW/4:13-cv-00698, 2 in MOW/4:13-cv-00699, 2 in MOW/4:13-cv-00700, 2 in MOW/4:13-cv-00701, 2 in MOW/4:13-cv-00704, 2 in OHS/1:13-cv-00470, 2 in TXN/3:13-cv-02705, 2 in TXW/5:13-cv-00628)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.**

**Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)**

**Case Name:**      Ralston et al v. Cook Group Incorporated et al
**Case Number:**      AZ/3:13-cv-08185
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 23 action(s)** *re: pldg. (2 in AZ/3:13-cv-08185, 2 in CAS/3:13-cv-01637, 2 in IAN/1:13-cv-00068, 2 in INS/1:13-cv-01107, 2 in KS/2:13-cv-02341, 2 in KS/2:13-cv-02342, 2 in KS/2:13-cv-02343, 2 in KS/2:13-cv-02346, 2 in KS/2:13-cv-02347, [68] in MDL No. 2440, 2 in MOE/4:13-cv-01298, 1 in MOE/4:13-cv-01310, 2 in MOE/4:13-cv-01347, 2 in MOW/4:13-cv-00695, 2 in MOW/4:13-cv-00696, 2 in MOW/4:13-cv-00697, 2 in MOW/4:13-cv-00698, 2 in MOW/4:13-cv-00699, 2 in MOW/4:13-cv-00700, 2 in MOW/4:13-cv-00701, 2 in MOW/4:13-cv-00704, 2 in OHS/1:13-cv-00470, 2 in TXN/3:13-cv-02705, 2 in TXW/5:13-cv-00628)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.**

**Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)**

**Case Name:**      Miller et al v. Cook Group, Incorporated et al

**Case Number:**    MOW/4:13-cv-00701
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 23 action(s)** *re: pldg. (2 in AZ/3:13-cv-08185, 2 in CAS/3:13-cv-01637, 2 in IAN/1:13-cv-00068, 2 in INS/1:13-cv-01107, 2 in KS/2:13-cv-02341, 2 in KS/2:13-cv-02342, 2 in KS/2:13-cv-02343, 2 in KS/2:13-cv-02346, 2 in KS/2:13-cv-02347, [68] in MDL No. 2440, 2 in MOE/4:13-cv-01298, 1 in MOE/4:13-cv-01310, 2 in MOE/4:13-cv-01347, 2 in MOW/4:13-cv-00695, 2 in MOW/4:13-cv-00696, 2 in MOW/4:13-cv-00697, 2 in MOW/4:13-cv-00698, 2 in MOW/4:13-cv-00699, 2 in MOW/4:13-cv-00700, 2 in MOW/4:13-cv-00701, 2 in MOW/4:13-cv-00704, 2 in OHS/1:13-cv-00470, 2 in TXN/3:13-cv-02705, 2 in TXW/5:13-cv-00628)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.**

**Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)**

**Case Name:**    Crain v. Cook Inc. et al
**Case Number:**    MOE/4:13-cv-01310
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 23 action(s)** *re: pldg. (2 in AZ/3:13-cv-08185, 2 in CAS/3:13-cv-01637, 2 in IAN/1:13-cv-00068, 2 in INS/1:13-cv-01107, 2 in KS/2:13-cv-02341, 2 in KS/2:13-cv-02342, 2 in KS/2:13-cv-02343, 2 in KS/2:13-cv-02346, 2 in KS/2:13-cv-02347, [68] in MDL No. 2440, 2 in MOE/4:13-cv-01298, 1 in MOE/4:13-cv-01310, 2 in MOE/4:13-cv-01347, 2 in MOW/4:13-cv-00695, 2 in MOW/4:13-cv-00696, 2 in MOW/4:13-cv-00697, 2 in MOW/4:13-cv-00698, 2 in MOW/4:13-cv-00700, 2 in MOW/4:13-cv-00701, 2 in MOW/4:13-cv-00704, 2 in OHS/1:13-cv-00470, 2 in TXN/3:13-cv-02705, 2 in TXW/5:13-cv-00628)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.**

**Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)**

**Case Name:**    Grether et al v. Cook Group Inc et al

**Case Number:**  TXN/3:13-cv-02705
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 23 action(s)** *re: pldg. (2 in AZ/3:13-cv-08185, 2 in CAS/3:13-cv-01637, 2 in IAN/1:13-cv-00068, 2 in INS/1:13-cv-01107, 2 in KS/2:13-cv-02341, 2 in KS/2:13-cv-02342, 2 in KS/2:13-cv-02343, 2 in KS/2:13-cv-02346, 2 in KS/2:13-cv-02347, [68] in MDL No. 2440, 2 in MOE/4:13-cv-01298, 1 in MOE/4:13-cv-01310, 2 in MOE/4:13-cv-01347, 2 in MOW/4:13-cv-00695, 2 in MOW/4:13-cv-00696, 2 in MOW/4:13-cv-00697, 2 in MOW/4:13-cv-00698, 2 in MOW/4:13-cv-00699, 2 in MOW/4:13-cv-00700, 2 in MOW/4:13-cv-00701, 2 in MOW/4:13-cv-00704, 2 in OHS/1:13-cv-00470, 2 in TXN/3:13-cv-02705, 2 in TXW/5:13-cv-00628)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.**

**Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)**

**Case Name:**     Winsock et al v. Cook Group, Incorporated et al
**Case Number:**  MOW/4:13-cv-00700
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 23 action(s)** *re: pldg. (2 in AZ/3:13-cv-08185, 2 in CAS/3:13-cv-01637, 2 in IAN/1:13-cv-00068, 2 in INS/1:13-cv-01107, 2 in KS/2:13-cv-02341, 2 in KS/2:13-cv-02342, 2 in KS/2:13-cv-02343, 2 in KS/2:13-cv-02346, 2 in KS/2:13-cv-02347, [68] in MDL No. 2440, 2 in MOE/4:13-cv-01298, 1 in MOE/4:13-cv-01310, 2 in MOE/4:13-cv-01347, 2 in MOW/4:13-cv-00695, 2 in MOW/4:13-cv-00696, 2 in MOW/4:13-cv-00697, 2 in MOW/4:13-cv-00698, 2 in MOW/4:13-cv-00699, 2 in MOW/4:13-cv-00700, 2 in MOW/4:13-cv-00701, 2 in MOW/4:13-cv-00704, 2 in OHS/1:13-cv-00470, 2 in TXN/3:13-cv-02705, 2 in TXW/5:13-cv-00628)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.**

**Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)**

**Case Name:**     Christian et al v. Cook Group, Incorporated et al

**Case Number:** MOW/4:13-cv-00695
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 23 action(s)** *re: pldg. (2 in AZ/3:13-cv-08185, 2 in CAS/3:13-cv-01637, 2 in IAN/1:13-cv-00068, 2 in INS/1:13-cv-01107, 2 in KS/2:13-cv-02341, 2 in KS/2:13-cv-02342, 2 in KS/2:13-cv-02343, 2 in KS/2:13-cv-02346, 2 in KS/2:13-cv-02347, [68] in MDL No. 2440, 2 in MOE/4:13-cv-01298, 1 in MOE/4:13-cv-01310, 2 in MOE/4:13-cv-01347, 2 in MOW/4:13-cv-00695, 2 in MOW/4:13-cv-00696, 2 in MOW/4:13-cv-00697, 2 in MOW/4:13-cv-00698, 2 in MOW/4:13-cv-00699, 2 in MOW/4:13-cv-00700, 2 in MOW/4:13-cv-00701, 2 in MOW/4:13-cv-00704, 2 in OHS/1:13-cv-00470, 2 in TXN/3:13-cv-02705, 2 in TXW/5:13-cv-00628)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.**

**Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)**

**Case Name:**     Latavitz v. Cook Group, Inc. et al
**Case Number:** KS/2:13-cv-02341
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 23 action(s)** *re: pldg. (2 in AZ/3:13-cv-08185, 2 in CAS/3:13-cv-01637, 2 in IAN/1:13-cv-00068, 2 in INS/1:13-cv-01107, 2 in KS/2:13-cv-02341, 2 in KS/2:13-cv-02342, 2 in KS/2:13-cv-02343, 2 in KS/2:13-cv-02346, 2 in KS/2:13-cv-02347, [68] in MDL No. 2440, 2 in MOE/4:13-cv-01298, 1 in MOE/4:13-cv-01310, 2 in MOE/4:13-cv-01347, 2 in MOW/4:13-cv-00695, 2 in MOW/4:13-cv-00696, 2 in MOW/4:13-cv-00697, 2 in MOW/4:13-cv-00698, 2 in MOW/4:13-cv-00699, 2 in MOW/4:13-cv-00700, 2 in MOW/4:13-cv-00701, 2 in MOW/4:13-cv-00704, 2 in OHS/1:13-cv-00470, 2 in TXN/3:13-cv-02705, 2 in TXW/5:13-cv-00628)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.**

**Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)**

**Case Name:**     Kindla v. Cook Group, Inc. et al

**Case Number:** TXW/5:13-cv-00628
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 23 action(s)** *re: pldg. (2 in AZ/3:13-cv-08185, 2 in CAS/3:13-cv-01637, 2 in IAN/1:13-cv-00068, 2 in INS/1:13-cv-01107, 2 in KS/2:13-cv-02341, 2 in KS/2:13-cv-02342, 2 in KS/2:13-cv-02343, 2 in KS/2:13-cv-02346, 2 in KS/2:13-cv-02347, [68] in MDL No. 2440, 2 in MOE/4:13-cv-01298, 1 in MOE/4:13-cv-01310, 2 in MOE/4:13-cv-01347, 2 in MOW/4:13-cv-00695, 2 in MOW/4:13-cv-00696, 2 in MOW/4:13-cv-00697, 2 in MOW/4:13-cv-00698, 2 in MOW/4:13-cv-00699, 2 in MOW/4:13-cv-00700, 2 in MOW/4:13-cv-00701, 2 in MOW/4:13-cv-00704, 2 in OHS/1:13-cv-00470, 2 in TXN/3:13-cv-02705, 2 in TXW/5:13-cv-00628)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.**

**Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)**

**Case Name:** Gallagher v. Cook Inc. et al
**Case Number:** MOE/4:13-cv-01347
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 23 action(s)** *re: pldg. (2 in AZ/3:13-cv-08185, 2 in CAS/3:13-cv-01637, 2 in IAN/1:13-cv-00068, 2 in INS/1:13-cv-01107, 2 in KS/2:13-cv-02341, 2 in KS/2:13-cv-02342, 2 in KS/2:13-cv-02343, 2 in KS/2:13-cv-02346, 2 in KS/2:13-cv-02347, [68] in MDL No. 2440, 2 in MOE/4:13-cv-01298, 1 in MOE/4:13-cv-01310, 2 in MOE/4:13-cv-01347, 2 in MOW/4:13-cv-00695, 2 in MOW/4:13-cv-00696, 2 in MOW/4:13-cv-00697, 2 in MOW/4:13-cv-00698, 2 in MOW/4:13-cv-00700, 2 in MOW/4:13-cv-00701, 2 in MOW/4:13-cv-00704, 2 in OHS/1:13-cv-00470, 2 in TXN/3:13-cv-02705, 2 in TXW/5:13-cv-00628)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.**

**Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)**

**Case Name:** HOYLE v. COOK GROUP, INC. et al

**Case Number:**     INS/1:13-cv-01107
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 23 action(s)** *re: pldg. (2 in AZ/3:13-cv-08185, 2 in CAS/3:13-cv-01637, 2 in IAN/1:13-cv-00068, 2 in INS/1:13-cv-01107, 2 in KS/2:13-cv-02341, 2 in KS/2:13-cv-02342, 2 in KS/2:13-cv-02343, 2 in KS/2:13-cv-02346, 2 in KS/2:13-cv-02347, [68] in MDL No. 2440, 2 in MOE/4:13-cv-01298, 1 in MOE/4:13-cv-01310, 2 in MOE/4:13-cv-01347, 2 in MOW/4:13-cv-00695, 2 in MOW/4:13-cv-00696, 2 in MOW/4:13-cv-00697, 2 in MOW/4:13-cv-00698, 2 in MOW/4:13-cv-00699, 2 in MOW/4:13-cv-00700, 2 in MOW/4:13-cv-00701, 2 in MOW/4:13-cv-00704, 2 in OHS/1:13-cv-00470, 2 in TXN/3:13-cv-02705, 2 in TXW/5:13-cv-00628)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.**

**Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)**

**Case Name:**     Cantrell et al v. Cook Group, Incorporated et al
**Case Number:**     MOW/4:13-cv-00704
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 23 action(s)** *re: pldg. (2 in AZ/3:13-cv-08185, 2 in CAS/3:13-cv-01637, 2 in IAN/1:13-cv-00068, 2 in INS/1:13-cv-01107, 2 in KS/2:13-cv-02341, 2 in KS/2:13-cv-02342, 2 in KS/2:13-cv-02343, 2 in KS/2:13-cv-02346, 2 in KS/2:13-cv-02347, [68] in MDL No. 2440, 2 in MOE/4:13-cv-01298, 1 in MOE/4:13-cv-01310, 2 in MOE/4:13-cv-01347, 2 in MOW/4:13-cv-00695, 2 in MOW/4:13-cv-00696, 2 in MOW/4:13-cv-00697, 2 in MOW/4:13-cv-00698, 2 in MOW/4:13-cv-00699, 2 in MOW/4:13-cv-00700, 2 in MOW/4:13-cv-00701, 2 in MOW/4:13-cv-00704, 2 in OHS/1:13-cv-00470, 2 in TXN/3:13-cv-02705, 2 in TXW/5:13-cv-00628)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.**

**Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)**

**Case Name:**     Racca et al v. Cook Group, Incorporated et al

**Case Number:**    MOW/4:13-cv-00697

**Filer:**

**Document Number:** 4

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 23 action(s)** *re: pldg. (2 in AZ/3:13-cv-08185, 2 in CAS/3:13-cv-01637, 2 in IAN/1:13-cv-00068, 2 in INS/1:13-cv-01107, 2 in KS/2:13-cv-02341, 2 in KS/2:13-cv-02342, 2 in KS/2:13-cv-02343, 2 in KS/2:13-cv-02346, 2 in KS/2:13-cv-02347, [68] in MDL No. 2440, 2 in MOE/4:13-cv-01298, 1 in MOE/4:13-cv-01310, 2 in MOE/4:13-cv-01347, 2 in MOW/4:13-cv-00695, 2 in MOW/4:13-cv-00696, 2 in MOW/4:13-cv-00697, 2 in MOW/4:13-cv-00698, 2 in MOW/4:13-cv-00699, 2 in MOW/4:13-cv-00700, 2 in MOW/4:13-cv-00701, 2 in MOW/4:13-cv-00704, 2 in OHS/1:13-cv-00470, 2 in TXN/3:13-cv-02705, 2 in TXW/5:13-cv-00628)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.**

**Associated Cases: MDL No. 2440, AZ/3:13-cv-08185, CAS/3:13-cv-01637, IAN/1:13-cv-00068, INS/1:13-cv-01107, KS/2:13-cv-02341, KS/2:13-cv-02342, KS/2:13-cv-02343, KS/2:13-cv-02346, KS/2:13-cv-02347, MOE/4:13-cv-01298, MOE/4:13-cv-01310, MOE/4:13-cv-01347, MOW/4:13-cv-00695, MOW/4:13-cv-00696, MOW/4:13-cv-00697, MOW/4:13-cv-00698, MOW/4:13-cv-00699, MOW/4:13-cv-00700, MOW/4:13-cv-00701, MOW/4:13-cv-00704, OHS/1:13-cv-00470, TXN/3:13-cv-02705, TXW/5:13-cv-00628 (DP)**

**MDL No. 2440 Notice has been electronically mailed to:**

**MDL No. 2440 Notice will not be electronically mailed to:**

**IAN/1:13-cv-00068 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

Brian P Galligan bgalligan@galliganlaw.com

**IAN/1:13-cv-00068 Notice will not be electronically mailed to:**

**MOE/4:13-cv-01298 Notice has been electronically mailed to:**

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

Andrew J. Cross across@careydanis.com

**MOE/4:13-cv-01298 Notice will not be electronically mailed to:**

**MOW/4:13-cv-00696 Notice has been electronically mailed to:**

Jeffrey M. Kuntz jkuntz@wcllp.com, nmanzo@wcllp.com

**MOW/4:13-cv-00696 Notice will not be electronically mailed to:**

**KS/2:13-cv-02343 Notice has been electronically mailed to:**

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

Derek H. Potts dpotts@potts-law.com, gleal@potts-law.com

Timothy L. Sifers tsifers@potts-law.com

**KS/2:13-cv-02343 Notice will not be electronically mailed to:**

**MOW/4:13-cv-00698 Notice has been electronically mailed to:**

Jeffrey M. Kuntz jkuntz@wcllp.com, nmanzo@wcllp.com

**MOW/4:13-cv-00698 Notice will not be electronically mailed to:**

**KS/2:13-cv-02346 Notice has been electronically mailed to:**

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

Derek H. Potts dpotts@potts-law.com, gleal@potts-law.com

Timothy L. Sifers tsifers@potts-law.com

**KS/2:13-cv-02346 Notice will not be electronically mailed to:**

**MOW/4:13-cv-00699 Notice has been electronically mailed to:**

Jeffrey M. Kuntz jkuntz@wcllp.com, nmanzo@wcllp.com

**MOW/4:13-cv-00699 Notice will not be electronically mailed to:**

**CAS/3:13-cv-01637 Notice has been electronically mailed to:**

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

Barbara R Binis bbinis@reedsmith.com, kmccloskey@reedsmith.com

TRACY G. WEISS tweiss@reedsmith.com, cshayka@reedsmith.com

Don K. Ledgard DLedgard@capretz.com, dledgard@capretz.com

**CAS/3:13-cv-01637 Notice will not be electronically mailed to:**

**OHS/1:13-cv-00470 Notice has been electronically mailed to:**

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

Richard W Schulte rschulte@legaldayton.com, rschulte@Legaldayton.com, sbehnke@legaldayton.com

**OHS/1:13-cv-00470 Notice will not be electronically mailed to:**

**KS/2:13-cv-02342 Notice has been electronically mailed to:**

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

Derek H. Potts dpotts@potts-law.com, gleal@potts-law.com

Timothy L. Sifers tsifers@potts-law.com

**KS/2:13-cv-02342 Notice will not be electronically mailed to:**

**KS/2:13-cv-02347 Notice has been electronically mailed to:**

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

Barbara R Binis bbinis@reedsmith.com, kmccloskey@reedsmith.com

THOMAS P. CARTMELL tcartmell@wcllp.com, m.goldwasser@wcllp.com

Jeffrey M. Kuntz jkuntz@wcllp.com, nmanzo@wcllp.com

TRACY G. WEISS tweiss@reedsmith.com, cshayka@reedsmith.com

**KS/2:13-cv-02347 Notice will not be electronically mailed to:**

**AZ/3:13-cv-08185 Notice has been electronically mailed to:**

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

Ellen Presby ellenpresby@nemerofflaw.com

**AZ/3:13-cv-08185 Notice will not be electronically mailed to:**

**MOW/4:13-cv-00701 Notice has been electronically mailed to:**

Jeffrey M. Kuntz jkuntz@wcllp.com, nmanzo@wcllp.com

**MOW/4:13-cv-00701 Notice will not be electronically mailed to:**

**MOE/4:13-cv-01310 Notice has been electronically mailed to:**

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

Andrew J. Cross across@careydanis.com

**MOE/4:13-cv-01310 Notice will not be electronically mailed to:**

**TXN/3:13-cv-02705 Notice has been electronically mailed to:**

Mikal C Watts mcwatts@wgclawfirm.com, ejeffcott@wgclawfirm.com, jbruning@wattsguerra.com, mcw@wgclawfirm.com

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

Ryan L. Thompson mfuller@wattsguerra.com, rcarmony@wgclawfirm.com, rthompson@wgclawfirm.com, sesmart@wattsguerra.com

**TXN/3:13-cv-02705 Notice will not be electronically mailed to:**

**MOW/4:13-cv-00700 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

Jeffrey M. Kuntz jkuntz@wcllp.com, nmanzo@wcllp.com

Robert T. Adams rtadams@shb.com

**MOW/4:13-cv-00700 Notice will not be electronically mailed to:**

**MOW/4:13-cv-00695 Notice has been electronically mailed to:**

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

Jeffrey M. Kuntz jkuntz@wcllp.com, nmanzo@wcllp.com

**MOW/4:13-cv-00695 Notice will not be electronically mailed to:**

**KS/2:13-cv-02341 Notice has been electronically mailed to:**

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

Derek H. Potts dpotts@potts-law.com, gleal@potts-law.com

Timothy L. Sifers tsifers@potts-law.com

**KS/2:13-cv-02341 Notice will not be electronically mailed to:**

**TXW/5:13-cv-00628 Notice has been electronically mailed to:**

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

Daniel P. Barton dbarton@bartonlawgroup.com

Ryan K. Haun rhaun@bartonlawgroup.com

**TXW/5:13-cv-00628 Notice will not be electronically mailed to:**

**MOE/4:13-cv-01347 Notice has been electronically mailed to:**

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

Andrew J. Cross across@careydanis.com

**MOE/4:13-cv-01347 Notice will not be electronically mailed to:**

**INS/1:13-cv-01107 Notice has been electronically mailed to:**

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

Richard D. Hailey rich@rameyandhaileylaw.com

**INS/1:13-cv-01107 Notice will not be electronically mailed to:**

**MOW/4:13-cv-00704 Notice has been electronically mailed to:**

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

Jeffrey M. Kuntz jkuntz@wcllp.com, nmanzo@wcllp.com

**MOW/4:13-cv-00704 Notice will not be electronically mailed to:**

**MOW/4:13-cv-00697 Notice has been electronically mailed to:**

Jeffrey M. Kuntz jkuntz@wcllp.com, nmanzo@wcllp.com

**MOW/4:13-cv-00697 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=7/31/2013] [FileNumber=394810-0]

[663bbf721726ea8c514fc2f05a71c932a46c7f36cbdb098b0dc133bf100f509b5bcbe
4c71654f537089987b168a0b4af11898722112ee1001f4b41f085e6bb34]]