IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

In Re: Cook Medical Inc, Pelvic Repair Systems
Product Liability Litigation

MDL: 2440

Christopher Donnelly, Intervenor
Edward Breivik, Intervenor
Betsy Heil, Intervenor
Terry Nichols, Intervenor
Stacy Federoff, Intervenor
Melissa Daniels, Intervenor
Jason Kato, Intervenor
Greg Reinbold, Intervenor
Braden Ashe, Intervenor
Bill Vidonic, Intervenor
James Holmes, Intervenor
Ramzi Yusef, Intervenor

FILED
JUN -3 2014
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Motion to Intervene As Plaintiffs with Newly
Discovered evidence under Rule 24(A)$^2$, Rule 24(B)

Intervenors move to intervene in the Cook Medical Inc
Product Liability Litigation under Rule 24(A)$^2$, Rule 24(B)-
Permissive Intervention. Intervenors have a common
vested interest in this Litigation and new evidence
to submit to this case. Movants pray this court will
grant their motions for relief.

Respectfully,

_____ 5-23-14
Edward Breivik
1586 Lawrence Rd
Lawrence, NJ 08648

_____ 5/28/14
Christopher Donnelly
JK5048
301 Institution Dr
Bellefonte, PA 16823

_____ 5-21-14
Betsy Hiel
622 Cabin Hill Dr
Greensburg, PA 15601

_____ 5-21-14
Terry Nichols
5880 Highway 67
Florence, CO 81226

_____ 5/21/14
Stacey Federoff
622 Cabin Hill Dr
Greensburg, PA 15601

_____ 5-21-14
Melissa Daniels
622 Cabin Hill Dr
Greensburg, PA 15601

_____ 5-21-14
Jason Kato
622 Cabin Hill Dr
Greensburg, PA 15601

_____ May 21, 14
Greg Reinbold
622 Cabin Hill Dr
Greensburg, PA 15601

_____ 5/21/14
Braden Ashe
622 Cabin Hill Dr
Greensburg, PA 15601

_____ 5/21/14
Bill Vidonic
622 Cabin Hill Dr
Greensburg, PA 15601

_____ 5-14-14
James Holmes
7375 S. Potomac St
Centennial, CO 80112

_____ May 20, 2014
Ramzi Yusef
5880 Highway 67
Florence, CO 81226

Chris Donnelly
JK5048
301 Institution Dr
Bellefonte, PA 16823

INMATE MAIL
PA DEPT OF
CORRECTIONS

U.S. POSTAGE >> PITNEY BOWES
ZIP 16823 $ 000.48
02 1W
0001364647 MAY 30 2014

United States Courthouse
300 Virginia St.
Charleston, West Virginia 25329